Steven M. Wilker, OSB No. 911882
  Direct Dial: 503.802.2040
  Fax: 503.972.3740
  E-Mail: steven.wilker@tonkon.com
David S. Aman, OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  E-Mail: david.aman@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Plaintiffs

FILED '11 JAN 14 15:48 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **OBSIDIAN FINANCE GROUP, LLC and KEVIN D. PADRICK,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**CRYSTAL COX,**<br><br>                    Defendant. | Civil No. CV '11 - 0057 HA<br><br>**COMPLAINT**<br>**(DEFAMATION)** |

For their complaint against defendant Crystal Cox, plaintiffs Obsidian Finance Group, LLC and Kevin D. Padrick allege as follows:

/ / /

PAGE 1 – COMPLAINT

## PARTIES

1. Plaintiff Obsidian Finance Group, LLC ("Obsidian") is a limited liability company organized and existing under the laws of the State of Oregon, with its principal place of business in Washington County, Oregon. The members of Obsidian are Kevin Padrick and David Brown.

2. Plaintiff Kevin D. Padrick is a citizen and resident of Oregon.

3. David Brown, the other member of Obsidian, is also a citizen and resident of Oregon.

4. On information and belief, Crystal Cox is an individual residing in Colorado.

## JURISDICTION

5. The Court has subject matter jurisdiction in this action pursuant to 28 U.S.C. § 1332.

6. Defendant is subject to personal jurisdiction in this Court because defendant expressly aimed her intentional tortious conduct at plaintiffs, who reside in Oregon, and the plaintiffs suffered the effects of her tortious conduct in Oregon.

## VENUE

7. Venue lies in this District pursuant to 28 U.S.C. § 1391(a)(2).

## CLAIM FOR RELIEF

7. Plaintiffs reallege all of the preceding paragraphs.

8. Defendant has published and continues to publish the following false and defamatory statements of purported fact concerning Padrick and Obsidian:

   a. Padrick has committed "fraud against the government."

      b. Padrick "stole [money] from the US Government."

      c. Padrick has engaged in "illegal" and "fraudulent" activity.

      d. Padrick is "VERY Corrupt" and has engaged in "Corruption, Fraud, Tax Crimes, Solar Tax Credit Crimes."

      e. Padrick is a "liar."

      f. Padrick pays off the media and politicians.

      g. "Did Oregon Attorney Kevin Padrick hire a hitman to kill me?"

      h. Padrick has committed "tax fraud."

      i. Padrick is "guilty of Fraud, Deceit on the Government, Illegal Activity, Money Laundering, Defamation, Harassment"

      j. "Kevin Padrick of Obsidian Finance LLC is a Criminal, he has broken many laws in the last 2 years to do with the Summit 1031 case and regardless of the guilt of the Summit 1031 principals, Kevin Padrick is a THUG and a Thief hiding behind the Skirt tails of a corrupt un-monitored bankruptcy court system and protected by Corrupt Bend DA and Corrupt Bend Oregon Judges. And I will Expose every detail of every law he broke, every secret hand shake and back alley deal.. every solar credit fraud.. every sale to a friend or cronie of real estate consumer money and every indiscretion[.]"

9. Defendant has published the false and defamatory statements as alleged above to third parties on an internet website she maintains at www.obsidianfinancesucks.com and other websites.

10. Defendant has knowingly and intentionally published the false and defamatory statements alleged above with actual knowledge of their falsity or with actual malice or reckless disregard for the truth or falsity of the statements. Defendant's acts in doing so were not privileged.

/ / /

/ / /

11. Plaintiffs have suffered damages as a result of defendant's false and defamatory statements, including damage to their reputation, in the approximate amount of $10,000,000.

12. Defendant should be permanently enjoined from publishing further false and defamatory statements concerning plaintiffs.

WHEREFORE, Plaintiffs pray for judgment against defendant Cox as follows:

A. Finding in favor of plaintiffs on their claim for relief;

B. Awarding plaintiffs damages against defendant Cox in the amount of $10,000,000;

C. Awarding plaintiffs their costs and disbursements incurred in this action;

D. Permanently enjoining defendant Cox from publishing false and defamatory statements concerning plaintiffs, and;

E. Granting such other and further relief as the Court finds just or equitable.

DATED this 14th day of January, 2011.

TONKON TORP LLP

By /s/
Steven M. Wilker, OSB No. 911882
  Direct Dial: 503.802.2040
  Fax: 503.972.3740
  E-Mail: steven.wilker@tonkon.com
David S. Aman, OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  E-Mail: david.aman@tonkon.com
Attorney for Plaintiffs

097204/00001/2616049v1

PAGE 4 – COMPLAINT