

# UNITED STATES DISTRICT COURT
## District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 23, 2011

Case Number. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CV 11-57-HZ

Case Title. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Obsidian Finance Group, LLC et al v. Cox

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable Ancer L. Haggerty, Senior United States District Judge, to the Honorable Marco A. Hernandez, United States District Judge. Information on this case may be obtained from the following:

  Courtroom Deputy:   Michelle Rawson
  Telephone:   (503) 326-8051
  email:   michelle_rawson@ord.uscourts.gov

  Docket Information:   Sutawnee Duckro
  Telephone:   (503) 326-8015
  email:   sutawnee_duckro@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, US District Court in Portland, 740 Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Hernandez's initials (HZ) will replace the previous judge's initials in this case.

**MARY L. MORAN,**
**Clerk of Court**

cc:   Judge Hernandez
      Counsel of Record