Crystal L. Cox
406-270-4046
Crystal@CrystalCox.com

FILED04 MAY '11 11:34USDC-ORP

Pro Se
Crystal L. Cox

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## Portland Division

OBSIDIAN FINANCE GROUP, LLC and
KEVIN D. PADRICK,

                                                       Civil No. CV 11-0057 HA

            Plaintiffs,

V.                                Response To Kevin Padrick, Obsidian Finance LLC Complaint

Defendant
Crystal L. Cox

**Crystal Cox, Defendant Lawsuit Response to :**

United States District Court
District of Oregon
Portland Division Counter Complaint

**Plaintiff**
Obsidian Finance Group, LLC and Kevin D. Padrick

v. Crystal Cox, **Defendant**

TO: Counsel of Record for Plaintiff

David S. Aman
Tonkon Torp LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204

## General Factual Background

Defendant, Crystal L. Cox has over 400 Blogs and is legally considered "Media". Defendant, Crystal L. Cox has been an Investigative Journalist / Investigative Blogger for aprox. 5 years.

Internet Media is what Defendant, Crystal L. Cox do for a Living. Defendant, Crystal L. Cox runs Online Company based out of Montana only in the sense that this is her primary residence. Defendant, Crystal L. Cox has published posts out of several states over 5 years and her Online Media and she also has other Authors, Publisher from Different States. Defendant, Crystal L. Cox receives tips for her whistleblower blogs, investigative blogs from all over the world.

Defendant, Crystal L. Cox started Writing articles on her Internet Media Blogs about the Summit 1031 Bankruptcy around Jan of 2009 as part of her Real Estate Industry whistleblower Investigative Journalism Writings.

Defendant, Crystal L. Cox Started **ObsidianFinanceSuck.com** on July 17th 2009.

The Reason Defendant, Crystal L. Cox bought the "Sucks" site was due to a few factors, one being the book on Internet Media called What Would Google Do, this is suggested as a Search. Also the **TaubmanSucks.com** Court Case had precedence and so I went with that same model to use as a format to tell the stories Defendant, Crystal L. Cox was getting on Kevin Padrick and Obsidian Finance.

Information on the TaubmanSucks.com Intellectual Property Lawsuit.
http://www.taubmansucks-thebook.com/

http://www.taubmansucks.com/Act117.pdf
TaubmanSucks.com court case transcript

The **TaubmanSucks.com** case is a State of Michigan Case, Attorney name Douglas Sprinkle - Intellectual Property Lawsuit.

Name of Court: US District Court ED Michigan Southern Division Case # 01-72987

Name of Court: US Court of Appeals, Sixth Circuit    Case # 01-2648, 01-2725

Since the beginning of Defendant, Crystal L. Cox Writing on **ObsidianFinanceSucks.com** Obsidian Finance and Tonkon Torp were on my Web Stats, meaning both law firms were looking at my Blogs, using Defendant, Crystal L. Cox's information on the Summit 1031 Case and have known since then that defendant has been posting on the Summit 1031 Bankruptcy Case and the suspected illegal behavior of Obsidian Finance Group.

David Aman, on behalf of Obsidian Finance Group, Deposed Oregon CPA Stepanie DeYoung in Video to question her about my Whistleblower Media Blogs. She was Diposed on **August 25th 2009,** Here is the Video of Stephanie DeYoung Diposed on how Defendant, Crystal L. Cox was involved, David Aman Tonkon Torp is Questioning Stephanie DeYoung on behalf of Kevin Padrick Obsidian Finance.

Part One of Deposition of Stephanie DeYoung Regarding Blogger Crystal L. Cox
http://www.youtube.com/watch?v=_Jm4RuZ77bU&feature=channel_video_title
Questions on Crystal Cox, Blogger Start At **1 minute 15 seconds**

Part Two of Deposition of Stephanie DeYoung Regarding Blogger Crystal L. Cox
http://www.youtube.com/watch?v=6M9BC67e0us&feature=channel_video_title
Crystal Cox Blogger

David Aman Tonkon Torp and Kevin Padrick Obsidian Finance knew what Defendant, Crystal L. Cox was blogging about them all along, and used her information in their investigations of the Summit 1031 principals. Easily Proven by their time spent on her blogs over 2 years from the Obsidian Finance LLP Web Servers. Once they got their "man" they decide to sue Defendant, Crystal L. Cox. This is Discrimination as there were many other media outlets writing on the Summit 1031 Bankruptcy and they are not suing them.

David Aman Tonkon Torp and Kevin Padrick Obsidian Finance want to silence Defendant, Crystal L. Cox blogs as the Expose Corruption and her Blogs are information that the public has a right to know. Thus Protected by Oregon Anti-Slap Laws. This case is very similar to the Higher Balance LLC v. Quantum Future Group - Civil No. 08-223-HA out of United States District Court for the District of Oregon, Chief Judge Haggerty oversaw this case as well.

**Other Useful Background Facts**

It is important to Note here that this Torturous Lawsuit was **Filed Jan 14th 2011**, Defendant, Crystal L. Cox was served **March 17th 2011**.

WEDNESDAY, **JANUARY 26, 2011** was the first day Defendant, Crystal L. Cox was aware that Obsidian Finance LLP, David Aman Filed a Lawsuit against her. It came up on her Google Alerts that day, as posted via her Stalker, Sean Boushie's Blog.

On **January 21st 2011**, after David Aman, Tonkon Torp LLP filed this lawsuit on behalf of Kevin Padrick and Obsidian Finance Group LLC, and Before Defendant, Crystal L. Cox Knew the Lawsuit Existed David Aman, Tonkon Torp LLP sent Defendant, Crystal L. Cox an eMail asking what her Rates and Services were in providing Internet Marketing and PR services for **"David Aman, Tonkon Torp LLP"**, and for **"Kevin Padrick and Obsidian Finance Group LLC"** ?

On the 26th of January when Defendant, Crystal L. Cox received information that they were, in fact Suing Defendant, Crystal L. Cox for the Very thing they wanted to hire Defendant, Crystal L. Cox for, Defendant then emailed David Aman, Tonkon Torp LLP and said she was no longer interested in working with their company for PR and Search Engine Management Services

Video Link below of Summit 1031 Bankruptcy Insider Stephanie Deyoung, Oregon CPA Stephanie DeYoung on facts of Summit Bankruptcy. To prove that David Aman, Tonkon Torp and Ewan Rose, Obsidian Finance LLC on behalf of Kevin Padrick, Obsidian Finance LLC knew as of August 2009 about Defendant, Crystal L. Cox's blogs.
http://www.youtube.com/user/Summit1031bk#g/u

Also Note that David Aman, Tonkon Torp representing Kevin Padrick, Obsidian Finance in this matter may be a Conflict of Interest, as David Aman, Tonkon Torp also had knowledge of my blogs on Summit as of August of 2009, as shown in that David Aman, Tonkon Torp's video deposition of Summit Accomodators insider Stephanie DeYoung.

Plaintiff is involved in a Harassment and Conspiracy Against Defendants Rights in a Federal Court.

The information in Defendant Crystal L. Cox's blogs was based on sources who gave Defendant Crystal L. Cox's information on the Summit 1031 Bankruptcy, also based on tips from blog comments and web surfers, also based on Defendant Crystal L. Cox's opinion and commentary, and on reading legal documents involved in the summit 1031 bankruptcy.

Defendant Crystal L. Cox's posted the information to the best of her knowledge with opinion and fact as other bloggers do. Defendant Crystal L. Cox's claims that David Aman, Tonkon Torp and Kevin Padrick have singled her out exclusively in order to cover up the Truth about the Summit 1031 bankruptcy in which Defendant Crystal L. Cox whole hardily believes there was side deals,

corruption, tax fraud, fraud against the government and Defendant Crystal L. Cox would encourage this court to thoroughly investigate all action of that David Aman, Tonkon Torp, Kevin Padrick and Obsidian Finance LLC has taken or partook of in all aspects of the Summit 1031, Summit Accomodators Bankruptcy precedings.

Defendant Crystal L. Cox Stands by her Statements and is willing to go to trial to turn up ALL discovery on the Summit Accomodators Bankrupcty and prove that Kevin Padrick, Obsidian Finance LLC has committed tax fraud and fraud against the United States Government.

David Aman, Counsel of Record for Kevin Padrick, Obsidian Finance LLC in his complaint claims that defendant has cost Kevin Padrick, Obsidian Finance LLC jobs. However, Kevin Padrick, Obsidian Finance LLC seems to be a serial plaintiff and has even sued the State of Oregon over Solar Tax Credit Law changes that lost Kevin Padrick, Obsidian Finance LLC jobs and revenue.

Plaintiff, Kevin Padrick, Obsidian Finance LLC has sued Summit 1031 Insiders that would not say what he wanted to in the Summit 1031 Bankruptcy, all discoverable in a trial.

Plaintiff Kevin Padrick, Obsidian Finance LLC want to cover up the true and factual detail of the Summit 1031 Bankruptcy Proceedings from day one. Therefore Plaintiff Kevin Padrick, Obsidian Finance LLC is suing investigative blogger Defendant Crystal L. Cox to STOP the flow of fact, truth and information on his actions during the Summit 1031, Summit Accomodators Bankruptcy.

Solar tax expert Oregon CPA Stephanie DeYoung, who is also an insider on the Summit 1031 bankruptcy gave Defendant Crystal L. Cox detailed information on Oregon Solar Tax Credits and resources to research more information.

David Aman, Tonkon Torp, Plaintiff Kevin Padrick and Obsidian Finance LLC are conspiring to stop the truth of a whistleblower, so they are harassing, Defaming, bullying, and threatening Defendant Crystal L. Cox. The Truth is the Truth no matter how many lawsuits that David Aman, Tonkon Torp, Kevin Padrick and Obsidian Finance LLC files.

### Parties

In this Lawsuit David Aman states under "Parties" that they believe Defendant, Crystal L. Cox is a Colorado Resident, yet they had her served in Montana. Their phone records should show contact with Defendant, Crystal L. Cox's Montana Stalker, Sean Boushie that is how they knew Defendant, Crystal L. Cox was in Montana at that time. This connection is further reason as to why Defendant,

Crystal L. Cox Feels that Kevin Padrick of Obsidian Finance is involved in a plot to kill her.

Crystal Cox, Defendant is a Citizen and Resident of the State of Montana.

Crystal Cox, Defendant Is a real estate broker owner In the State of Montana. Crystal Cox, Defendant is also an Investigative Blogger and makes a living from her online media and connected internet marketing. Crystal Cox, Defendant is also a Broker Owner in the State of Oregon.

**Subject of Jurisdiction**

5.   Defendant, Crystal L. Cox believes that this Oregon District Court does not have full Jurisdiction of this matter. Nor does Defendant, Crystal L. Cox agree that she has personally caused liability or damages to Obsidian Finance LLC, Kevin Padrick.

6.   Defendant, Crystal L. Cox disagrees on the accusation of "defendant expressly aimed her intentional tortuous conduct at plaintiffs, who reside in Oregon, and the plaintiffs suffered the effects of her torious conduct in Oregon"

Defendant, Crystal L. Cox has never intentional posted any knowing mis-information on or about Kevin Padrick or Obsidian Finance LLP . Defendant, Crystal L. Cox never posted any intentional "tortuous" information on or about Kevin Padrick or Obsidian Finance LLP .

The Summit 1031 bankruptcy involves real estate victims, creditors in multiple states and as Media, Defendant, Crystal L. Cox has a right to tell this story. This is not a Story that is "aimed" at Oregon Courts. The Summit 1031 Victims are in Texas, Montana, Idaho, Washington and many other States.

**Venue**

7. Defendant, Crystal L. Cox does not believe "Venue" for this case belongs in "this District" as claimed by David Aman, Tonkon Torp.

**Answer to "Claim for Relief" in Original Complaint**

8. Defendant, Crystal L. Cox Denies Statements are False and Defamatory.

8. (a)   According to Defendant, Crystal L. Cox's Sources, knowledge and resources "Padrick" has

committed "fraud against the government". At a jury trial Defendant, Crystal L. Cox is certain that discovery will prove that plaintiff "Padrick" has committed fraud against the US government in a federal bankruptcy proceeding.

Evidenciary Links as to a federal Judge suggesting using Kevin Padrick for his position of authority in the Summit 1031 Bankruptcy, which upon belief and knowledge is not legal.

Link to Bankruptcy Judge, Judge Dunn Oregon "suggesting" Kevin Padrick of Obsidian Finance as the "Trustee"
http://www.zshare.net/audio/83930409a6841ea1/


8 (b)  According to Defendant, Crystal L. Cox's Sources, knowledge and resources "Padrick" has Stole from the U.S. Government" and the public has a right to know.

8 ( c )  According to Defendant, Crystal L. Cox's Sources, knowledge and resources "Padrick has engaged in "illegal" and "fraudulent" activity.

8 (d)  According to Defendant, Crystal L. Cox's Sources, knowledge and resources "Padrick is "very corrupt" and has engaged in "Corruption, Fraud, Tax Crimes, Solar Tax Credit Crimes" and that the Public has a right to know.

8 (e)  According to Defendant, Crystal L. Cox's Sources, knowledge and resources "Padrick is a Liar".

8 (f) From the way that the Summit 1031 media rolled out, and the political environment surrounding the Summit 1031 Bankruptcy, Defendant, Crystal L. Cox FIRMLY believe that "padrick pays off the media and politicians.

8 (g) Defendant, Crystal L. Cox has reason to believe that Kevin Padrick was involved in hiring a hit man to kill Defendant, Crystal L. Cox's .

Also this lawsuit claims Defendant, Crystal L. Cox is a resident of Colorado yet has served Defendant, Crystal L. Cox in Eureka Montana, and at an address not had for 7 years. Defendant, Crystal L. Cox claims that her "stalker" , the man in Montana she claimed to local and federal law enforcement to have threatened to kill me gave this information to Kevin Padrick of Obsidian Finance. Defendant, Crystal L. Cox requests all email and phone records between Kevin Padrick of Obsidian Finance and the man in Montana who she allege has threatened to Kill her, Sean Boushie.

Defendant, Crystal L. Cox's web statistics showed that Obsidian Finance Web servers were on blog posts at the same time as her University of Montana Stalker, and have reason to believe that Obsidian Finance, Kevin Padrick has spoke with the Man in Montana that defendant Claims sent her a Death Threat email, has a hate blog against defendant and has been attacking defendant online for over 16 months..

Defendant, Crystal L. Cox believe that Obsidian Finance, Kevin Padrick has received emails from this "Sean Boushie" and Defendant, Crystal L. Cox received a Death Threat, Hitman email last winter and honestly believed it could have been from Kevin Padrick. The person claimed they were hired by a Hitman, Defendant, Crystal L. Cox believez Kevin Padrick of Obsidian Finance LLP is capable of Murder and would Harm Defendant, Crystal L. Cox to protect high finance secrets in the Summit 1031 Bankruptcy Case.

8 (h) According to Defendant, Crystal L. Cox's Sources, knowledge and resources Kevin Padrick of Obsidian Finance regarding the Summit 1031 Bankruptcy and issues surrounding the IRS 1031 Exchanges involved in this bankruptcy, that Kevin Padrick has Committed "Tax Fraud."

8 (I) According to Defendant, Crystal L. Cox's Sources, knowledge and resources Kevin Padrick is "guilty of Fraud, Deceit on the Government, illegal activity, Money Laundering, Defamation and Harassment.

According to According to Defendant, Crystal L. Cox's Sources, knowledge and resources Kevin Padrick illegally got the "in Charge" job of the Summit 1031 case and in Exposing Bankruptcy Corruption on my Blogs, According to Defendant, Crystal L. Cox, the Public has a Right to know what goes on in a Federal Bankruptcy Proceeding. According to According to Defendant, Crystal L. Cox's Sources, and the Court Transcript Judge Dunn illegally suggested Kevin Padrick of Obsidian Finance for this "In Charge" job as per the court recording.

http://www.obsidianfinancesucks.com/2011/03/why-did-judge-dunn-in-summit-1031.html

8 (j) Kevin Padrick of Obsidian Finance LLP is a Thug. According to Defendant, Crystal L. Cox's Sources, knowledge and resources Kevin Padrick of Obsidian Finance LLP has broke the U.S. Bankruptcy Laws in the Summit 1031 Case.

9. Defendant, Crystal L. Cox's has published Fact to the best of her Knowledge. Defendant, Crystal L. Cox Denies that these statements are knowingly false and defamatory statements.

10. Defendant, Crystal L. Cox has NOT knowingly published false and defamatory statements. And in no way has knowledge that anything posted is false.

As to "not privileged", Defendant, Crystal L. Cox is Media, and under Media Laws, Anti-Slap Laws and the First Amendment... Defendant, Crystal L. Cox posts information that she recieves, finds, discoverys as other media outlets. Also note Oregon Anti-Slapp laws also defends, Defendant, Crystal L. Cox's right to inform the public as the Summit 1031 Bankruptcy Affects them and the Public has a Right to Know.

11. On information and belief, Defendant, Crystal L. Cox alleges According to her Sources, knowledge and resources she has not posted any false statements.

12. Under Oregon Anti-Slap Laws, Media Laws and the U.S. Constitution Defendant, Crystal L. Cox has every right to continue posting information on the Plaintiff.

Tonkon Torp LLP, David Aman and Obsidian Finance LLP has discriminated against Defendant, Crystal L. Cox and singled her out, when many "media" outlets were talking about the Summit 1031 bankruptcy and the public has a right to know.

Defendant, Crystal L. Cox has no financial interest in the Summit 1031 Bankruptcy nor has Defendant, Crystal L. Cox met any of the Principals or anyone involved in the Summit 1031 Bankruptcy.

Oregon's Anti-SLAPP (Strategic Lawsuit Against Public Participation) Statutes Protect Bloggers who are talking about things of Public Interest. Investigative Blogger, Crystal L. Cox, Defendant writing on a High Profile Oregon Bankruptcy Case that involves Oregon Attorneys and Oregon Judges and affects Real Estate Victims and Investors in Multiple States is Certainly of "Public Interest".

Defendant, Crystal L. Cox Writings on Kevin Padrick, Obsidian Finance LLP is NOT a "Private Vendetta" - Defendant, Crystal L. Cox Writings on the Summit 1031 Bankruptcy have always been a "Public Interest" and NEVER a Personal Vendetta, Defendant, Crystal L. Cox was never involved personally nor had a personal gain or loss. Defendant, Crystal L. Cox has always written on behalf of "Public Interest".

This is a Meritless Lawless filed solely to intimidate and financially ruin Crystal Cox Defendant.

Under Oregon Anti-Slap Laws Defendant, Crystal L. Cox files a motion to dispose of the lawsuit. David Aman, Tonkon Torp Law Firm on Behalf of Obsidian Finance LLP knowingly filed a Meritless Lawsuit against Defendant, Crystal L. Cox to intimidate, harass, defame and attempt to financially ruin Defendant, Crystal L. Cox.

Federal Anti-Slapp Statutes also affect this case. David Aman, Tonkon Torp Law Firm on Behalf of Obsidian Finance LLP is a high profile intellectual property attorney in Oregon and after 2 years of knowing I was writing on David Aman, Tonkon Torp Law Firm and on Kevin Padrick Obsidian Finance LLP, there was not one question asked of Defendant, Crystal L. Cox.

Defendant, Crystal L. Cox was not Deposed, instead the Oregon CPA involved in the Summit 1031 Bankruptcy was Deposed in videos and questioned on regard to the intentions of Defendant, Crystal L. Cox. Oregon CPA, Summit 1031 Insider Stephanie DeYoung was questions by David Aman of Tonkon Torp Law Firm on Behalf of Kevin Padrick, Obsidian Finance LLP about investigative blogger, Defendant, Crystal L. Cox and not one question was asked of Defendant, Crystal L. Cox as to her intention.

Note Here, Defendant, Crystal L. Cox Wrote on her Blogs that this Oregon CPA involved in the Summit 1031 Bankruptcy had a 100 Million Dollar Secret. David Aman, Tonkon Torp Law Firm and Kevin Padrick Obsidian Finance LLP took this as fact from my blog and they "went after" this Oregon CPA. And yet now they claim defendant's blogs are defamation on them. They never asked defendant her intentions, source, or for any fact, in that 2 year period.

Also Note Major Legal Case Michael Morgan Vs. Goldman Sachs and Company. Florida Court - Southern District of Florida - Civil Action No. 09-14110-KMM  -

http://amlawdaily.typepad.com/files/goldmansachs666-complaint.pdf

http://amlawdaily.typepad.com/files/stipulation-and-dismissal.pdf


**Discovery Request in this Lawsuit**

As part of Discovery and Proof of this Lawsuit and Proving what Defendant, Crystal L. Cox posted is Fact Defendant, Crystal L. Cox Request the Following:

How Did Kevin Padrick of Obsidian Finance LLP Summit 1031 Get involved in the Summit 1031 Case? When and How did Kevin Padrick of Obsidian Finance LLP become the Trustee on the Summit 1031 Case ?

Defendant, Crystal L. Cox alleged Tax Fraud committed by Obsidian Finance LLP, Kevin Padrick. In this 10 Million Dollar Lawsuit Defendant, Crystal L. Cox is accused of this being "knowingly" false. In her defense she Requests all tax documents regarding all 1031 exchanges in the summit 1031 bankruptcy.

Defendant, Crystal L. Cox has reason to believe that it is Fact that Kevin Padrick, Obsidian Finance has committed Tax Fraud and therefore also committed fraud against the U.S. Government.

Defendant, Crystal L. Cox requests all email correspondence between David Aman, Tonkon Torp, Kevin Padrick, Obsidian Finance Group and Sean Boushie as this pertains to why Defendant, Crystal L. Cox feels that Kevin Padrick is connected to "wanting to bring me physical harm"

In effort to prove to the courts money laundering on behalf of Kevin Padrick, Obsidian Finance Group Defendant, Crystal L. Cox request all records of money that Kevin Padrick and Obsidian Finance Group were paid from the Summit 1031 Bankruptcy, all commissions and in and out money to show the courts the proof of money laundering.

Defendant, Crystal L. Cox has good reason to believe that all she has stated about Kevin Padrick, Obsidian Finance Group in regard to fraud on the courts, money laundering, tax fraud, fraud on the U.S. Government is True and Factual.


Discrimination Issues

No other Media Source surrounding the Summit 1031 Case has been singled out and Sued but me. This is an attempt to silence Defendant, Crystal L. Cox and to hide the Truth that she am bringing to Light. Plaintiff is guilty of Selective Prosecution in this matter as no other media has been sued.


**Note to Courts:**

Kevin Padrick, Obsidian Finance LLC seems to be a serial plaintiff as Kevin Padrick, Obsidian Finance LLC claims Defendant, Crystal L. Cox has cost him major jobs yet records show that Defendant, Crystal L. Cox lost major Solar Tax Credit jobs in regard to Oregon Law changing and even sued the State of Oregon.
Kevin Padrick, Obsidian Finance LLC has also sued other Summit 1031 insiders that would not do things his way.  Kevin Padrick, Obsidian Finance LLC misuses the Oregon Courts to protect his "agenda" and cover up his corrupt and illegal activities.


CONSTITUTIONAL PROVISION

First Amendment "freedom of speech, or of the press; Applies to this Lawsuit.

*[signature]*

Crystal L. Cox
PO Box 1610
Eureka Montana

Crystal@CrystalCox.com  - Permanent Email Address

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO MAKE MORE DEFINITE AND CERTAIN on:

David S. Aman
Tonkon Torp LLP
888 SW Fifth Avenue
Suite 1600
Portland OR  97204

by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said party's last-known address and depositing in the U.S. mail at Eureka, Montana on the date set forth below;
by causing a copy thereof to be e-mailed to said party at last-known email address on the date set forth below;
david.aman@tonkon.com

DATED this 2nd day of May 2011
Crystal L. Cox
Pro Se
PO Box 1610
Eureka, MT 59917

*/s/ Crystal L. Cox*

13