Crystal L. Cox
Pro Se Defendant
Oregon Civil No. CV 11-0057 HA

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

OBSIDIAN FINANCE GROUP, LLC and
KEVIN D. PADRICK,

Plaintiffs,

V.

CRYSTAL COX, Defendant

Civil No. CV 11-0057 HZ

DECLARATION OF Crystal Cox
IN SUPPORT OF
Defendant's' FRCP 37 MOTION
FOR SANCTIONS AND
TO COMPEL

I , Crystal L. Cox, Declare as Follows:

I am Pro Se Defendant Crystal L. Cox

During the scheduling conference on August 30, 2011, this Court set a deadline of
October 15, 2011, for the parties to complete discovery. At this meeting Defendant asked
Judge if she could ask for Discovery. Judge told Defendant that it was long past time for

Bankruptcy. David Amans interrogatories were unrelated and harassing.

On August 30ths at the Court Hearing Via Phone on this Case, I asked the Judge if I was allowed to ask for Discovery, the Judge said it was long past discover but I could ask for whatever I want. The Judge at this time also asked David Aman if he had discovery requests, then there was a 45 day period Said. I asked what happened is Aman refuses my request and was told to ask and attorney. I am Pro Se, and SO I had Asked the Judge as I though as a Pro Se, I could do so. With this it was my impression that I could not make David Aman give me any documents. As I See it now documents Benefits David Aman's Case as Kevin Padrick is a Public Figure, a Government Representative in the Summit 1031 Bankruptcy and the Burden of Proof is his in this case.

David Aman continues to harass me, though David Aman knows that I did not post the information knowing of it being false and to this day have no proof that the post in question is false.

"A statement is defamatory if it "tends to injure the plaintiff's reputation and expose the plaintiff to public hatred, contempt, ridicule, or degradation." Phipps v. Clark Oil & Ref. Corp., 408 N.W.2d 569, 573 (Minn. 1987). When the defamatory meaning is not apparent on its face, the plaintiff has the burden of pleading and proving such extrinsic facts. Anderson v. Kammeier, 262 N.W.2d 366, 371 (Minn. 1977)."

David Aman knows that Blogs exist that were up before mine, and are the source of my information yet David Aman selectively and harassingly sues me.

*"The "libel-proof" plaintiff.* A plaintiff is "libel-proof" when his reputation has been irreparably stained by prior publications. At the point the challenged statements are published, then, plaintiff's reputation is already so damaged that a plaintiff cannot recover more than nominal damages for subsequent defamatory statements. Marcone v. Penthouse Int'l Magazine for Men, 754 F.2d 1072, 1079 (3rd Cir. 1985)."

Obsidian FInance Group's Reputation was already tarnished by the Objection to Fees filed by Stephanie DeYoung, By Videos and Blogs prior to my blog. Blogs in which are still up, yet David Aman still Harasses me.

"II. Defenses to Defamation
A. Truth
Truth is a complete defense to a defamation claim. This is simply the flip side of the requirement that plaintiff prove the falsity of the alleged defamatory statement."

David Aman has yet to prove the Post is False, I Believe the information to Be True.

David Aman's Client, Kevin Padrick as a Public Figure in the Summit 1031 Bankruptcy as a Trustee in a Federal Bankruptcy Proceeding that is Of interest to the Public and therefore has a Greater Burden of Proof.

"B. The First Amendment
1. Public Officials/Public Figures: Actual Malice must be proven.
The First Amendment requires that a defamation plaintiff prove actual malice or reckless disregard of the truth when the plaintiff is a public official or public figure. New York Times v. Sullivan, 376 U.S. 254 (1964). This is a much higher burden of proof for a public figure plaintiff. Instead of showing objectively that a "reasonable person" knew or should have known the defamatory statement was false, a public figure plaintiff must prove the intent of the defendant was malicious, or that they acted with reckless disregard for the truth. This allows the defendant to prove its good faith intent and efforts as a defense."

"**2. Matter of Public Concern: Actual Malice must be proven.**

In cases where the media defendant is treating an issue of public concern, the First Amendment also requires proof of actual malice or reckless disregard of the truth, even if the plaintiff is not a public figure. Gertz v. Robert Welch, 418 U.S. 323, 349-50 (1974). See also Hepps, 475 U.S. at 775 (In non-public concern, non-public plaintiff defamation case, First Amendment does not bar application of mere negligence standard for defamation); Dun & Bradstreet v. Greenmoss Builders, Inc., 472 U.S. 749, 761 (1985) (Powell, J., concurring).

**3. Matter of Public Concern: Plaintiff Must Prove Statement is False.**
Proof of falsity required when media defendant addresses topic of public concern; regardless of public/private status of plaintiff. Hepps, 475 U.S. at 775-76.

**4. Actual Malice must be Shown by "Convincing Clarity."**
Where the plaintiff is a public official, he must prove actual malice or reckless disregard of the truth with "clear and convincing proof". New York Times v. Sullivan, 376 U.S. 254, 286 (1964); Gertz, 418 U.S. at 342; Hepps, 475 U.S. at 773.

**5. Falsity May Have to Shown by "Convincing Clarity."**

Public figure plaintiffs may have to prove falsity by "clear and convincing evidence" as protected under New York Times v. Sullivan. Sharon v. Time, Inc., 599 F. Supp. 538, 558 (S.D.N.Y. 1984); Firestone v. Time Inc., 460 F.2d 712, 722 (5th Cir. 1972), cert. den., 409 U.S. 875 (Bell, J., specially concurring).

**6. Who is a Public Official or Public Figure?**
**Public Official.** Governmental policy-makers are public officials, while public employees generally are not public officials. The Minnesota Supreme Court has laid out a test to determine who is, and is not, a public official:
(1) whether plaintiff performs governmental duties directly related to the public interest;
(2) whether plaintiff holds a position to influence significantly the resolution of public issues; and
(3) whether the plaintiff has, or appears to the public to have, substantial responsibility for or control over the conduct of government affairs.

Britton v. Koep, 470 N.W.2d 518, 522 (Minn. 1991). In Britton, the Minnesota Supreme Court held that a public roads department supervisor was not a public official, and did not have to prove actual malice.
**Public Figure.** A "public figure" is a person who is publicly prominent, so much so that discussion or commentary about that person amounts to a "public concern." However, such persons are not necessarily public figures for any purpose: status as a public figure may only extend to the particular area in which they are publicly prominent. Examples: Michael Jordan or Donald Trump. The extent of a person's status as a public figure will be subject to extensive litigation in each case.

The U.S. Supreme has established some guidelines on who constitutes a public figure:
(1) Involuntary Public Figure: become public figure through no purposeful action of their own, including those who have become especially prominent in the affairs of society;

(2) Always Public Figures: those who occupy position of such persuasive power and influence that they are deemed public figures for all purposes;
(3) Public Figures on Specific Issues: "those who have thrust themselves to the forefront of particular public controversies in order to influence the resolution of the issues involved."
Gertz v. Robert Welch, Inc., 418 U.S. 323, 345 (1974)."


I have no reason to believe that what I posted was not true. David Aman nor his Client Obsidian Finance asked me to retract the post, nor did David Aman nor his Client Obsidian Finance give me ANY information to the contrary of my post so that I may consider a retraction.


Internet Links to above Quotes...

http://www.abbottlaw.com/defamation.html

Oregon Retraction Statute Information

Oregon Retraction Statutes are Pretty Clear. I was not asked to retract the Post that David Aman, on behalf of Tonkon Torp is Suing me on. "Oregon's Retraction Statute, ORS 30.150-30.175, provides that a plaintiff may not recover so-called general damages (damages which are not measurable by proof of a specific monetary loss. In the context of defamation, general damages are designed to compensate the plaintiff for the harm to reputation -a harm which is not measurable in a money loss.) unless a correction or retraction is demanded but not published. " "In a case entitled **Schenck v. Oregon Television, Inc.**, the Oregon Court of Appeals recently decided that each time an allegedly defamatory statement is republished, the defamed person is allowed a two-week opportunity to demand retraction. "

Source of Quote
http://www.open-oregon.com/media-guide/chapter-12-defamation/

I am Legally Defined as Media, and David Aman knows this.

More on Public Figure "A public figure is someone who has actively sought, in a given matter of public interest, to influence the resolution of the matter. In addition to the obvious public figures—a government employee, a senator, a presidential candidate—someone may be a limited-purpose public figure. A limited-purpose public figure is one who (a) voluntarily participates in a discussion about a public controversy, and (b) has access to the media to get his or her own view across. One can also be an involuntary limited-purpose public figure—for example, an air traffic controller on duty at time of fatal crash was held to be an involuntary, limited-purpose public figure, due to his role in a major public occurrence. " In a Defamation Case "A public figure must show "actual malice"—that you published with either knowledge of falsity or in reckless disregard for the truth. This is a difficult standard for a plaintiff to meet." Kevin Padrick of Obsidian Finance Group nor David Aman have done this.

They know they have no grounds for suing me and are throwing up a smoke screen to make it look like I am uncooperative to get a default against me.

David Aman is harassing me and is selectively prosecuting me when the information in that Post he is suing me on is located On other blogs. David Aman is grasping at straws and wants the court to give him a default against me to punish me for actions he is mimicking.

David Aman has spent countless hours on my blogs scouring information and clicking on links to my source blog, I can see this on my Web Stat Counter. David Aman knows that the Blog Post of Christmas Day 2010 that he is suing me on is based in fact, and is NOT my information, but based on other blogs that have been online for years.

The Christmas Day Post Details of Why it is NOT Defamation, I have posted online and David Aman has read this information and knows that he does not have a case, therefore he is harassing me to get a default judgement.

I Did NOT knowingly Post False information, David Aman knows this so he is filing a Motion to

Sanction as a last ditch effort to silence my blogs on this bankruptcy. David Aman knows he has to prove "Actual Malice" and that he cannot.

David Aman claims to want a "Default" to punish me for posting on my blogs, yet I was granted Summary Judgement and those postings are not defamatory or illegal in any way, yet David Aman, on behalf of Obsidian Finance uses this as a reason to ask the court to "Sanction" me, punish me, and grant a default to David Aman, and Client Obsidian Finance. The Judge already judged on my blog postings.

I Believe that David Aman filed the Motion for Sanctions BEFORE he Called me to "Confer". This is harassment, misleading the courts and defamation.

David Aman Called me at Approx. 3PM Montana Time, and his Secretary emailed me the Motion For Sanction at approx. 5PM Montana Time. So David Aman is filing a False Claim against me, when he had not yet responded to the interrogatories himself, and as soon as I got his Objections, at the end of my Day I responded with mine as soon as I could.

This Post is One of Many out there Exposing David Aman, yet he continues to harass me.
http://www.summit1031bkjustice.com/?page_id=1663
May be time to file a Federal RICO Lawsuit against David Aman and Tonkon Torp as the "Pattern and History" sure seems to be here.

Also Note Major Legal Case Michael Morgan Vs. Goldman Sachs and Company. Florida Court - Southern District of Florida - Civil Action No. 09-14110-KMM   -

http://amlawdaily.typepad.com/files/goldmansachs666-complaint.pdf

http://amlawdaily.typepad.com/files/stipulation-and-dismissal.pdf

David Aman is Connected to Sean Boushie, here is Oct. 13th from Sean Boushie's Hate Blog On Me. There are others who will attest to the character of Sean Boushie, including his father in law and many others. If Sean is to be in my Court Room, I Demand Police Protection as he is unrelated to this case and is a Stalker whom has threatened to Kill Me.

Oct 13th from His Blog

# "WEDNESDAY, OCTOBER 12, 2011

11/29/2011 The day of reckoning is close at hand!!!!
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OBSIDIAN FINANCE GROUP, LLC, et al.,

Civil No. 3:11-CV-00057-HZ

Plaintiffs,

JURY TRIAL MANAGEMENT ORDER

v.

CRYSTAL COX,

Defendant.

AND RELATED COUNTER CLAIMS.

The 1-day Jury Trial is set to begin on 11/29/2011 at 9:00 a.m. in Courtroom 14B.

Looks like Im going to portland for thanksgiving!!!  Look for me right behind your seat sweetie!!! "

http://seanmboushie.blogspot.com/2011/10/11292011-day-of-reckoning-is-close-at.html


   More on the Sean Boushie Story

David Aman wants information from me regarding a Man that has Harassed me, Stalked me, Taunted me for over 2 Years.  There is a large Record of this at http://www.montanacorruption.com/ in reading the entire site you see facebook hate groups, hate blogs, death threats, commenting on blogs, craigs list hate adds and more and Yet David Aman, seems to think this man is a Credible Witness for him, in a Defamation Case on whether this post is Defamation or not

Yet **Sean Boushie has no real knowledge of the Summit Bankruptcy**, no Credentials, is not Media, is not a Real Estate Industry Insider, has not interviewed and investigated people of the Summit Bankruptcy, and most likes has not read all the documents related to the Summit Bankruptcy, yet David Aman somehow wants communications with this man to be a part of his case as to whether that post is true or not.  This, to me is to scare me, to cause fear in me so that I will simply roll over and beg for mercy.

Sean Boushie, sent me a hate filled email August 6th of 2009, this email threatened my life.  I reached out to FBI, police, local judges, commissioners, detectives and because I was exposing local corruption I was denied all rights.  Meanwhile, the email address that sent that email which is **CrystalCoxIsAbitch@yahoo.com** - got an email from a man named Stephen Mocko, who is a writer on my blogs.  Stephen Mocko emailed some serious sass to whoever owned the email, having no idea who owned the email.  Soon after Sean Boushie filed a Police Report in Eureka Montana with a Cop, as soon as Stephen Mocko told me this I called the Eureka Police to verify that this complaint came in, as this proved without a doubt who sent my death threat, here is that call ..

http://www.youtube.com/watch?v=bCJmbQInJog
"McKinney was Handling that Call with Mr. Boushie"

Office Gray confirms that Complaint Was Taken, and by an Officer Named Officer McKinney.

My Attorney Supeoned the information that Next Monday from the Police, the County, and the County Attorney and She was never allowed that information. TO this day I am denied a Copy of that complaint that proves who had access, and the only person who had access to an email account that sent me a Death Threat.

I have voice recording of Stephen Mocko's call to me that day as he was at work in Oregon, and Officer McKinney called him from a 406-297 number which is from the, then, Town of Eureka Police Department.

Also Stephen Mocko Filed a Complaint Which Includes this Information.

Here is an Excerpt from Stephen's Complaint

*""I, Stephen Mocko, being duly sworn, do state upon my oath that I have personal knowledge that I have good reason to believe and do believe based upon the following information:*

*On or about the night of August 19, 2009 I was forwarded an email by Crystal Cox. In that email it contained a death threat, inflammatory comments against her sexual orientation, and slander against her career, directed at Crystal Cox. I had noticed that the senders email address was crystalcoxisabitch@yahoo.com.*

*Crystal then informed me that it was from a Sean Boushie but could not get any proof. I then took it upon myself to write an email to this crystalcoxisabitch@yahoo.com in a threatening manner in the hopes to get this threatener to reveal their identity. At this point I did not know it was a Sean Boushie.*

*The next day I got a reply message from an email address by sean.boushie@mso.umt.edu. I had no knowledge that this was the Sean Boushie that Crystal Cox had told me about. In that fact how did this sean.boushie@mso.umt.edu get my email address of notyranny59917@yahoo.com to send a reply?*

*On the morning of August 28, 2009 at 8.57am, Pacific Standard Time, I received a call from Officer Maury McKinney from the Lincoln County Sheriff's department. Officer McKinney asked if I had sent an email to a Sean Boushie. He did not ask if I had sent an email to the email address crystalcoxisabitch@yahoo.com. He then proceeded to read the letter I wrote to crystalcoxisabitch@yahoo.com.*

*There was one question that came to my mind. How did he get that email? Only Sean Boushie, who filed my letter that was sent to crystalcoxisabitch@yahoo.com with Officer McKinney, could have written that threatening and slanderous email against Crystal Cox. Attached hereto as exhibit A. This is circumstantial evidence according to 26-1-102(1) Montana Code Annotaded 2009, that Sean Boushie did in fact write the threats on her life, and purposely caused Crystal Cox to omit her performance of her daily life with the fear that Sean Boushie will carry out his threat on her life. "*

Police Officer asks if Stephen Mocko Emailed Sean Boushie, knowing that was the address that emailed me the Death Threat. To this Day Officer Maury McKinney protects this Police Report, as Does County Attorney Bernie Cassidy of Lincoln County Montana. I have, nor has my then attorney ever been given this report. They claim its an ongoing investigation and I am denied this basic right.

I was Denied a Protective Order from this Man, I had every reason to believe had threatened my life. I would never have agreed to a Deposition where this man may be, David Aman knows this case and uses this man as yet another intimidation factor to attempt to silence my blogs about him and his client.

http://www.youtube.com/watch?v=xfcycXGrrlU&feature=related
Judge Haynes District Judge denies Protective Order

Soon after, Officer McKinney comes to my door to serve me a Protective Order that a Dif. Judge gave Sean Boushie against me, and in Montana Protective Orders are NOT Mutual.

Once at the Door I asked him personally if he took that complaint that proved who had that email, he claims he sent it to the county attorney and does not get this Internet Thing of who sent what to whom, this after calling Stephen Mocko and asking if he emailed Sean Boushie at that Email.

Here is that Conversation
http://www.youtube.com/watch?v=zn6kQnaxsWM&feature=channel_video_title

Hamilton Montana Judge Robin Clute would not "ALLOW" the Stephen Mocko Complaint as evidence, even though at my Hearing for Sean Boushie to get a protective order against me he wanted to admit it into the proceedings.

Another Blog I Have on this Story which has caused me great and undo diress for 2.5 years and David Aman is using this Story to further harass me in an Oregon Court, http://www.robinclute.com/

I did not wish to burden this court with this information, however David Aman is using Sean Boushie as a Fear and Pressure Tactic and therefore I must explain, at least in part, this 2.5 year duress I have been under due to corruption in Montana protecting a man to threaten and harass me for years, with total disregard for my human and civil rights.

Sean Boushie is not the only person David Aman is entering into this case to try and instill fear into me.  He wants Interrogatories on Ed Humphrey a man in jail now for the harm he has done to people, a man whom drugged me and attempted to rape me.  David aMan knows that Ed Humphrey is a criminal and is using his name to further put fear into me.  Desirae Stewart, a Mortgage Broker my clients and informations used over 5 years ago in which they reported to the BBB, to the local police, local judge and state board and I wrote on the story as she shredded documents and committed mortgage fraud.  David Aman asked for information on this woman and has no bearing on anything but to intimate me as she is also known to be violent haven beaten a woman that worked for her that exposed her for shredding documents.  Also David Aman wants interactions with Gary Crandall, he was accused of Rape and I deemed innocent till he was over heard admitting this rape, at that time he was a real estate agent whom worked for me, I fired him.  He has set up hate sites on facebook with Sean Boushie, I have records of this and David Aman is using this connection as another point to instill physical fear and duress on me as this as a discover question has nothing to do with my blogs, writings, media, Obsidian Finance, or details of the Summit 1031 Bankruptcy or proving that post true or not.

I asked for a detailed list of discovery, interrogatories, David Aman gave no response, yet then files a Motion to Sanction accusing me of being uncooperative and wanting a default judgement, when he himself had not responded to my requestion  for discovery.

David Aman is Bullying me and running over my Rights and has lied to the courts on my

willingness to cooperate

I have never stopped blogging on this case, or on Obsidian Finance Group or Bankruptcy Corruption. I am reporting on my own case, yes as I am media and this is what I do.

I ask the Court to Punish David Aman by giving me a "Default" against Him,



## On Settlement Conference and Settlement Proposal

David Aman Sent this Email to the Court, Yet never Mentioned Rule 16 or What it was to Me, Crystal L. Cox Pro Se Defendant. David Aman says to the courts "their initial discovery planning/scheduling conference". Yet I don't remember talking anything of Scheduling or Planning and only Discussed a forecoming Settlement Offer AFTER he confered with his client, which was emailed immediately after the phone call.

"
--- On **Wed, 4/27/11, David Aman <*david.aman@tonkon.com*>** wrote:

From: David Aman <david.aman@tonkon.com>
Subject: Obsidian v. Cox- Case No. 11-0057 [IWOV-PDX.FID657536]
To: michelle_rawson@ord.uscourts.gov
Cc: crystal@crystalcox.com, savvybroker@yahoo.com, "Steven Wilker" <steven.wilker@tonkon.com>
**Date: Wednesday, April 27, 2011, 4:15 PM**

Ms. Rawson:

This email is to report that the parties have had their initial discovery planning/scheduling conference, and that we are ready for a Rule 16 conference with the Court.

I will also note that plaintiff is filing a motion for partial summary judgment this afternoon. We are requesting oral argument, but understand that the hearing date may be set as part of the initial Rule 16 conference.

Thank you for your attention to this matter.

David S. Aman
Partner
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
direct dial: (503) 802-2053
cell: (503) 810-0850
direct fax: (503) 972-3753
email: david.aman@tonkon.com "

This is my Rejection of David Aman's Settlement Proposal emailed Wed. April 27th at 10:59 PM Montana Time. I had not rejected nor responded to the Offer before this, yet David Aman sent the Above email to the Courts for a Rule 16 Conference and David Aman Claims I was uncooperative with this settlement offer that he told the courts he tried in Good Faith to work out with me. Yet he told the courts this BEFORE I Rejected the Offer.

Here is My Rejection of Amans Settlement Proposal

"

**From:** Crystal L. Cox <savvybroker@yahoo.com>
**To:** David Aman <david.aman@tonkon.com>
**Cc:** michelle_rawson@ord.uscourts.gov
**Sent: Wednesday, April 27, 2011 10:59 PM**
**Subject:** Re: Obsidian v. Cox: settlement proposal

> **David Aman,**
>
> About Our Phone Call and this Settlement Communication,
>
> Thank You David, **I Do want to Resolve this**, however I have not done anything illegal and even if Kevin proves in court with a jury trial, which is what I plan to request, that I have caused him some financial damage, well I can then prove the damage this has all caused me. As I am the "media". If Kevin wins in Oregon, then it goes to the Supreme Court and then higher courts.
>
> In my opinion, This lawsuit is frivolous, and it really has no teeth unless a judge is a bought off. I have no court connections, I only have the Truth and the Law. I proposed we work together, not that I just say I was wrong and turn over my domain names, my years of work, my asset for free.
>
> I cannot agree to bringing **any "Liable"**, as I do not feel that my blogs caused liable and I got my information from sources other then myself.
>
> And this settlement proposal includes that I don't talk of Tonkon Torp when Tonkon Torp has nothing to do with the lawsuit expect in representation. I appreciate your kindness on the phone and I would love this to go away, however these terms says I am guilty and **I am simply not guilty of anything.**
>
> If my comments, the facts, opinions caused any "liability" well I guess a jury will have to decide that, for I am doing all I can to make this go away without a full out battle, however what you suggest is that I left go of years of work, of assets with no monetary consideration. You are suggesting I just say I was wrong and turn over this valuable asset and though I continue to get tips on Kevin Padrick, that I not write on my blogs about him, and all this for no monetary consideration for my time.
>
> I am being singled out in **selective prosecution** over all this when there were other bloggers writing on the summit bankruptcy. **I want to work this out** but only win win, this is win for you and me saying I was wrong. When really with the judge Dunn tape there is evidence to suggest collusion and corruption, the videos that I did post the first one over a year ago and you guys did know, the

Summit 1031 Exchanges – the tax documents once in court will prove that Kevin failed to pay tax on some of those exchanges – this is not from me, and I feel that with Ant-Slapp laws and other cases even in this same court that I am not in the wrong. I do want this to go away, but I won't admit to something I did not do.

You and Kevin Padrick knew of my blogs over a year and I do believe the statute of limitations is up, even if some was posted in the last year which is why I asked for a more definitive statement and if an Oregon Court decides different so be it, I will have to go to a higher court.

Here is the case in the same court, and this attorney will represent me. Thing is I want to stop the madness before it gets really crazy, there has to be a better way.
http://quantumfuturegroup.org/HBI_Case_Documents/Sott_opinion_revised.pdf

Yes we all have ego involved, but can't we find a way that does not have me saying I caused a Liability that I do not believe I caused.

As for your proposal, I really don't understand my risk in "You stipulate to a final judgment in favor of Obsidian and Mr. Padrick on liability for their defamation claim for all statements set forth in paragraph 8 of the Complaint" – I don't feel I caused a liability in posting media, news, opinion on Kevin Padrick.

I cannot agree to never write on Kevin Padrick as I write on bankruptcy cases and on alternative energy and his name comes up. I did not write "disparaging statements", they were and are true to the best of my knowledge.

You deposed Stephanie Deyoung in video to ask about me, you did not contact me back then when you knew I was blogging. Also at this time Obsidian Finance read my blog daily and even took Stephanie DeYoung to court over me posting she had a 100 million dollar secret, that has to be in her court documents. Then when you have no use for my blog then you sue me. If this goes to trial how can this not go in my favor, in a court that is truly unbiased?

How can you include in a settlement that I not write on Tonkon Torp, as I write on bankruptcy cases and I get tips on Tonkon Torp as I am "Media". And Tonkon Torp was not part of the claimed "Liable" and "Damages". You can't just slip in another law firm in a settlement communication that has nothing to do with the original lawsuit, can you?

I make a living from my blogs as in Anti-Slap laws. I have done nothing wrong, 10 million dollar lawsuit seems quite out of line.

I see you filed your motion today, so I will be filing my answers and my counter complaint / lawsuit, I had wished we could settle this Win – Win.

ObsidianFinanceSucks.com is worth a minimum of $50,000. I have worked 2 years on that site and it is very strong in the search engines, it has value. It is a domain name that is the real estate of the

> internet and it is unfair to just say hand it over because you don't like what I have said on it.
>
> You say in exchange you will wave your **"substantial" damages claim,** the thing is I did not really cause any damages to you and I don't have that kind of money even if you get a judgement.
>
> SO if you can think of a **"Better" Settlement Proposal,** I am very open. Otherwise, I will prepare my response along with my Conflict of Interest letter to the judge and my counter complaint for 150 Million per count, as it is now drafted and pulls in all the summit principals and many other parties. I really do want this over but cannot not admit to something I did not do as this is my career, I make a living at investigative blogging.
>
> Take Care
>
> **Crystal L. Cox**
> **Investigative Blogger**
> Real Estate Broker Owner -

Dated This 16th Day of October 2011

Crystal L. Cox

Below is a Copy of My Response to the Interrogatories Request by David Aman of Tonkon Torp, Dated October 14th 2011, the Same Date that David Aman Responded to My Requests for Discovery / Interrogatories.

Crystal L. Cox
Pro Se

*[signature]*

Crystal L. Cox
406-270-4046
Crystal@CrystalCox.com

Pro Se
Crystal L. Cox