Steven M. Wilker, OSB No. 911882
  Direct Dial: 503.802.2040
  Fax: 503.972.3740
  E-Mail: steven.wilker@tonkon.com
David S. Aman, OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  E-Mail: david.aman@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

	Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **OBSIDIAN FINANCE GROUP, LLC and KEVIN D. PADRICK,**<br><br>	Plaintiffs,<br><br>	v.<br><br>**CRYSTAL COX,**<br><br>	Defendant. | Civil No. CV 11-0057 HZ<br><br>**PLAINTIFFS' ITEMIZED LIST OF SPECIAL DAMAGES** |

Plaintiffs intend to seek special damages in the amount of $1,000,000, in the form of harm to plaintiffs' reputations. The evidence supporting such damages will be in the form of testimony from Kevin Padrick and David Brown, and from plaintiffs' expert, Professor Robert Madrigal.

DATED this 22nd day of November 2011.

TONKON TORP LLP

By: /s/ David S. Aman
Steven M. Wilker, OSB No. 911882
  Direct Dial: 503.802.2040
  Fax: 503.972.3740
  E-Mail: steven.wilker@tonkon.com
David S. Aman, OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  E-Mail: david.aman@tonkon.com

Attorney for Plaintiffs

PAGE 2 – PLAINTIFFS' ITEMIZED LIST OF SPECIAL DAMAGES

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFFS' ITEMIZED LIST OF SPECIAL DAMAGES** on:

>   Crystal L. Cox
>   PO Box 505
>   Eureka, Montana 59917
>   Crystal@CrystalCox.com
>   savvybroker@yahoo.com

☑   by causing a copy thereof to be hand-delivered to said party at the U.S. Courthouse on November 28, 2011 as requested by the defendant.

☑   by causing a copy thereof to be e-mailed to said party at her last-known email address on the date set forth below;

DATED this 22nd day of November 2011.

>   TONKON TORP LLP
>
>
>   By /s/ David S. Aman
>     David S. Aman, OSB No. 962106
>       Direct Dial: 503.802.2053
>       Fax: 503.972.3753
>       E-Mail: david.aman@tonkon.com
>     Attorneys for Plaintiffs
>
>   033992/00010/3224732v1

PAGE 1 - CERTIFICATE OF SERVICE