Steven M. Wilker, OSB No. 911882
  Direct Dial: 503.802.2040
  Fax: 503.972.3740
  E-Mail: steven.wilker@tonkon.com
David S. Aman, OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  E-Mail: david.aman@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **OBSIDIAN FINANCE GROUP, LLC** and **KEVIN D. PADRICK,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**CRYSTAL COX,**<br><br>          Defendant. | Civil No. CV 11-0057 HZ<br><br>**PLAINTIFFS' PROPOSED EXHIBIT LIST** |

PAGE 1 – PLAINTIFFS' PROPOSED EXHIBIT LIST

| Trial Exhibit No. | Date | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1 | 12/25/10 | Bankruptcy Corruption blog: "Kevin Padrick of Obsidian Finance Group LLC – Chapter 11 Trustee Summit 1031 Exchange Bankruptcy | | | |
| 1A | 12/25/10 | Bankruptcy Corruption blog: "Kevin Padrick of Obsidian Finance Group LLC – Chapter 11 Trustee Summit 1031 Exchange Bankruptcy | | | |
| 2 | 7/22/11 | Google Search "kevin padrick" | | | |
| 3 | 7/22/11 | Google Search "obsidian finance" | | | |
| 4 | 12/3/10 | www.obsidanfinancesucks.com Blog: Hey Obsidian Finance you SUCK and We Don't Care what Lies you Use to Cover up your Over Charging Fraud | | | |
| 4A | 12/3/10 | www.obsidanfinancesucks.com Blog: Hey Obsidian Finance you SUCK and We Don't Care what Lies you Use to Cover up your Over Charging Fraud | | | |
| 5 | 12/5/10 | www.obsidanfinancesucks.com Blog: How Bad Does Kevin Padrick Obsidian Finance Oregon want to Shut Up Investigative Blogger Crystal L. Cox? | | | |
| 5A | 12/5/10 | www.obsidanfinancesucks.com Blog: How Bad Does Kevin Padrick Obsidian Finance Oregon want to Shut Up Investigative Blogger Crystal L. Cox? | | | |
| 6 | 12/9/10 | www.obsidanfinancesucks.com Blog: Kevin Padrick – Obsidian Finance Group Takes a LONG, Hard Look at the Hit Man Post | | | |
| 6A | 12/9/10 | www.obsidanfinancesucks.com Blog: Kevin Padrick – Obsidian Finance Group Takes a LONG, Hard Look at the Hit Man Post | | | |
| 7 | 12/5/10 | www.obsidanfinancesucks.com Blog: Kevin Padrick – Whatcha Up to – Setting me Up - Crystal Cox Investigated | | | |
| 7A | 12/5/10 | www.obsidanfinancesucks.com Blog: Kevin Padrick – Whatcha Up to – Setting me Up - Crystal Cox Investigated | | | |
| 8 | 12/3/10 | www.obsidanfinancesucks.com Blog: the LIE will NEVER Stand as the Truth On My Watch!!! | | | |
| 8A | 12/3/10 | www.obsidanfinancesucks.com Blog: the LIE will NEVER Stand as the Truth On My Watch!!! | | | |

| Trial Exhibit No. | Date | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 9 | 11/18/10 | www.obsidanfinancesucks.com Blog: Hey Kevin Padrick – Just a Reminder I ain't going anywhere…Regardless of What you do to Summit | | | |
| 9A | 11/18/10 | www.obsidanfinancesucks.com Blog: Hey Kevin Padrick – Just a Reminder I ain't going anywhere…Regardless of What you do to Summit | | | |
| 10 | 11/9/10 | www.obsidanfinancesucks.com Blog: US Marshals Tracking Down Crookedest Lawyer Ever's Loot | | | |
| 10A | 11/9/10 | www.obsidanfinancesucks.com Blog: US Marshals Tracking Down Crookedest Lawyer Ever's Loot | | | |
| 11 | 10/25/10 | www.obsidanfinancesucks.com Blog: Kevin Padrick GUILTY of Tax Fraud? | | | |
| 11A | 10/25/10 | www.obsidanfinancesucks.com Blog: Kevin Padrick GUILTY of Tax Fraud? | | | |
| 12 | 10/25/10 | www.obsidanfinancesucks.com Blog: Kevin Padrick – Obsidian Finance is Corrupt | | | |
| 12A | 10/25/10 | www.obsidanfinancesucks.com Blog: Kevin Padrick – Obsidian Finance is Corrupt | | | |
| 13 | 10/25/10 | www.obsidanfinancesucks.com Blog: Umpqua Bank Corruption, Conflicts of Interest…What is Kevin Padricks Real Role and Motive? | | | |
| 13A | 10/25/10 | www.obsidanfinancesucks.com Blog: Umpqua Bank Corruption, Conflicts of Interest…What is Kevin Padricks Real Role and Motive? | | | |
| 14 | 12/21/10 | www.obsidanfinancesucks.com Blog: So What Was The Hundred Million Dollar Secret that I Claimed Bankruptcy Whistleblower Stephanie DeYoung Knew? | | | |
| 14A | 12/21/10 | www.obsidanfinancesucks.com Blog: So What Was The Hundred Million Dollar Secret that I Claimed Bankruptcy Whistleblower Stephanie DeYoung Knew? | | | |
| 15 | 12/22/10 | www.obsidanfinancesucks.com Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC May have Hired a Hitman | | | |
| 15A | 12/22/10 | www.obsidanfinancesucks.com Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC May have Hired a Hitman | | | |

PAGE 3 – PLAINTIFFS' PROPOSED EXHIBIT LIST

| Trial Exhibit No. | Date | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 16 | 12/22/10 | www.obsidanfinancesucks.com Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC is a Corrupt Thug, a Thief, and a Dirty Lawyer | | | |
| 16A | 12/22/10 | www.obsidanfinancesucks.com Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC is a Corrupt Thug, a Thief, and a Dirty Lawyer | | | |
| 17 | 12/22/10 | www.obsidanfinancesucks.com Blog: Todays Stats So far…Obsidian and Montana Stalker | | | |
| 17A | 12/22/10 | www.obsidanfinancesucks.com Blog: Todays Stats So far…Obsidian and Montana Stalker | | | |
| 18 | 12/22/10 | www.obsidanfinancesucks.com Blog: David Aman – Tonkon Torp is the Attorney for the Corrupt Oregon Attorney Kevin Padrick | | | |
| 18A | 12/22/10 | www.obsidanfinancesucks.com Blog: David Aman – Tonkon Torp is the Attorney for the Corrupt Oregon Attorney Kevin Padrick | | | |
| 19 | 12/22/10 | www.obsidanfinancesucks.com Blog: David Aman, Tonkon Torp LLP Sends Cease and Desist to Blogger Crystal L. Cox after 16 Months | | | |
| 19A | 12/22/10 | www.obsidanfinancesucks.com Blog: David Aman, Tonkon Torp LLP Sends Cease and Desist to Blogger Crystal L. Cox after 16 Months | | | |
| 20 | 12/26/10 | www.obsidanfinancesucks.com Blog: December 2008 Letter to Summit 1031 Creditors From Summit Principals. Bend Oregon Bankruptcy Case. | | | |
| 20A | 12/26/10 | www.obsidanfinancesucks.com Blog: December 2008 Letter to Summit 1031 Creditors From Summit Principals. Bend Oregon Bankruptcy Case. | | | |
| 21 | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC Stole Money from the U.S. Government | | | |

PAGE 4 – PLAINTIFFS' PROPOSED EXHIBIT LIST

| Trial Exhibit No. | Date | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 21A | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC Stole Money from the U.S. Government | | | |
| 22 | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC has engaged in "illegal" and "fraudulent" activity | | | |
| 22A | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC has engaged in "illegal" and "fraudulent" activity | | | |
| 23 | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC has Committed Tax Fraud | | | |
| 23A | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC has Committed Tax Fraud | | | |
| 24 | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC is a "Thug and a Thief" | | | |
| 24A | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC is a "Thug and a Thief" | | | |
| 25 | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC Broke many US Bankruptcy Codes and Laws | | | |
| 25A | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC Broke many US Bankruptcy Codes and Laws | | | |

| Trial Exhibit No. | Date | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 26 | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC "ys off the media and politicians" | | | |
| 26A | 12/22/10 | Bankruptcy Corruption – Trustee Corruption Blog: Why Investigative Blogger Crystal L. Cox Says Kevin Padrick, Obsidian Finance LLC "ys off the media and politicians" | | | |
| 27 | 2/1/11 | www.obsidianfinancesucks.com Blog: I Say the Summit Investors, Summit Principals and Summit Investors Should Prosecute Bankruptcy Trustee | | | |
| 27A | 2/1/11 | www.obsidianfinancesucks.com Blog: I Say the Summit Investors, Summit Principals and Summit Investors Should Prosecute Bankruptcy Trustee | | | |
| 28 | 2009 | Summit Accommodators Liquidating Trust 2009 Amended Fiduciary Tax Returns | | | |
| 29 | 2009 | Century Drive Mobile Home Park, LLC 2009 Income Tax Returns | | | |
| 30 | 5/12/09 | Order Granting Final Approval of Disclosure Statement and Confirming the First Amended Joint Plan of Liquidation (USBC 08-37031-rld-11) | | | |
| 31 | 12/21/10 | Aman demand letter to Cox | | | |
| 32 | 12/22/10 | Cox reply email to Aman demand letter | | | |
| 33 | 1/19/11 | Cox email to Aman re PR services | | | |
| 34 | 3/11/10 | Padrick memo to Beneficiaries re 2009 Summit Accommodators Liquidating Trust Tax Reporting | | | |
| 35 | 4/7/10 | Padrick memo to Beneficiaries re 2009 Summit Accommodators Liquidating Trust Tax Reporting | | | |
| 36 | 9/30/10 | Padrick memo to Beneficiaries re Final 2009 Summit Accommodators Liquidating Trust Tax Reporting | | | |
| 37 | 2010 | Summit Accommodators Liquidating Trust Schedule I | | | |
| 38 | 2009 | VSN 2009 Financials (Balance Sheet) | | | |
| 39 | 2009 | VSN 2009 Financials (P&L) | | | |
| 40 | | VSN Properties LLC operating agreement | | | |
| 41 | 9/13/11 | C. Cox Blog: Bank of America, Web Stats | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |
| 45 | | | | | |

PAGE 6 – PLAINTIFFS' PROPOSED EXHIBIT LIST

| Trial Exhibit No. | Date | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 46 | | | | | |
| 47 | | | | | |
| 48 | | | | | |
| 49 | | Impeachment Exhibit | | | |
| 50 | | Impeachment Exhibit | | | |

DATED this 22nd day of November 2011.

TONKON TORP LLP

By: /s/ David S. Aman
    Steven M. Wilker, OSB No. 911882
      Direct Dial: 503.802.2040
      Fax: 503.972.3740
      E-Mail: steven.wilker@tonkon.com
    David S. Aman, OSB No. 962106
      Direct Dial: 503.802.2053
      Fax: 503.972.3753
      E-Mail: david.aman@tonkon.com

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFFS' ITEMIZED LIST OF SPECIAL DAMAGES** on:

> Crystal L. Cox
> PO Box 505
> Eureka, Montana 59917
> Crystal @CrystalCox.com
> savvybroker@yahoo.com

☑ by causing a copy thereof to be hand-delivered to said party at the U.S. Courthouse on November 28, 2011 as requested by the defendant.

☑ by causing a copy thereof to be e-mailed to said party at her last-known email address on the date set forth below;

DATED this 22nd day of November 2011.

TONKON TORP LLP

By /s/ David S. Aman
David S. Aman, OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  E-Mail: david.aman@tonkon.com
Attorneys for Plaintiffs

033992/00010/3230094v1

PAGE 1 - CERTIFICATE OF SERVICE