IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

OBSIDIAN FINANCE GROUP, LLC
and KEVIN D. PADRICK,

                    Plaintiffs,

v.

CRYSTAL COX,

                    Defendant.

No. CV-11-57-HZ

VERDICT

We the jury, being first duly empaneled and sworn in the above entitled action, do find as follows:

    1. Is defendant Crystal Cox liable to plaintiff Obsidian Finance Group, LLC for defamation?

                  Answer:  Yes __X__    No _____

    If yes, what are Obsidian Finance Group LLC's damages?

                  $ 1,000,000

1 - VERDICT

2. Is defendant Crystal Cox liable to plaintiff Kevin Padrick for defamation?

Answer:   Yes __X__   No _____

If yes, what are Kevin Padrick's damages?

$ 1,500,000

Please have your presiding juror sign and date this Verdict Form.

Dated this __29th__ day of __NOVEMBER__, 2011.



Presiding Juror

2 - VERDICT