Steven M. Wilker, OSB No. 911882
  Direct Dial:  503.802.2040
  Fax:  503.972.3740
  E-Mail:  steven.wilker@tonkon.com
David S. Aman, OSB No. 962106
  Direct Dial:  503.802.2053
  Fax:  503.972.3753
  E-Mail:  david.aman@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

       Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

**OBSIDIAN FINANCE GROUP, LLC and
KEVIN D. PADRICK,**

                    Plaintiffs,

    v.

**CRYSTAL COX,**

                    Defendant.

Civil No. CV 11-0057 HZ

**MONEY JUDGMENT**

PAGE 1 – MONEY JUDGMENT

The jury having rendered its VERDICT, IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be and hereby is entered in this action in favor of plaintiffs Obsidian Finance Group, LLC and Kevin D. Padrick and against defendant Crystal Cox as follows:

1.  Judgment is entered in favor of plaintiff Obsidian Finance Group, LLC and against defendant Crystal Cox in the amount of $1,000,000, and,

2.  Judgment is entered in favor of plaintiff Kevin D. Padrick and against defendant Crystal Cox in the amount of $1,500,000.

DATED this ___ day of December 2011.

_____
Marco A. Hernandez
United States District Judge

PAGE 2 – MONEY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MONEY JUDGMENT** on:

Crystal L. Cox
PO Box 505
Eureka, Montana 59917
Crystal @CrystalCox.com
savvybroker@yahoo.com

☑    By electronic means through the Court's Case Management/Electronic Case File system on the date set forth below;

☑    by causing a copy thereof to be e-mailed to said party at her last-known email address on the date set forth below.

DATED this 7th day of December 2011.

TONKON TORP LLP


By /s/ David S. Aman
    David S. Aman, OSB No. 962106
       Direct Dial: 503.802.2053
       Fax: 503.972.3753
       E-Mail: david.aman@tonkon.com
    Attorneys for Plaintiffs

033992/00010/3250884v2

PAGE 1 - CERTIFICATE OF SERVICE