IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

OBSIDIAN FINANCE GROUP, LLC
and KEVIN D. PADRICK,

                      Plaintiffs,

        v.

CRYSTAL COX,

                      Defendant.

No. 3:11-cv-57-HZ

JUDGMENT

This action came before the Court for a jury trial on November 29, 2011, with the Honorable Marco A. Hernandez, United States District Court Judge, presiding.

Based on the jury verdict returned on November 29, 2011,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiffs Obsidian Finance Group, LLC, and Kevin D. Padrick, and against defendant Crystal Cox, as follows:

/ / /

1 - JUDGMENT

1. Judgment is entered favor of plaintiff Obsidian Finance Group, LLC and against defendant Crystal Cox in the amount of $1,000,000, and

2. Judgment is entered in favor of plaintiff Kevin D. Padrick and against defendant Crystal Cox in the amount of $1,500,000.

Dated this      8th      day of    December         , 2011.


/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge

2 - JUDGMENT