**BENJAMIN N. SOUEDE**, OSB. No. 081775
benjamin@angelilaw.com
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

Attorney for Crystal Cox

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Obsidian Finance Group, LLC, et al, | CASE NO. 3:11-cv-00057 |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| Crystal Cox, | |
| Defendant. | |

    PLEASE TAKE NOTICE that the undersigned, an attorney duly admitted to practice before this Court, hereby appears as counsel for Defendant CRYSTAL COX in the above-captioned action. This appearance is limited to the issues related to post-trial motions to set aside the verdict in this case, and/or motions requesting a new trial therein.

    DATED: December 30, 2011

    Respectfully submitted,

BENJAMIN SOUEDE, OSB No. 081775
(503) 954-2232
Attorney for Crystal Cox

PAGE 1 –    NOTICE OF APPEARANCE