1·5·11
local counsel. Based
pro hac. Based

RECVD 30 DEC '11 14:06 USDC-ORP

# ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Obsidian Finance Group, LLC

Kevin D. Padrick

Plaintiff(s),

v.

Crystal Cox

Defendant(s).

Civil Case No. 3:11-cv-57-HZ

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Eugene Volokh  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Volokh (Last Name)  Eugene (First Name)  (MI)  (Suffix)
Firm or Business Affiliation: Mayer Brown LLP
Mailing Address: UCLA School of Law, 405 Hilgard Ave.
City: Los Angeles  State: CA  Zip: 90095
Phone Number: 310-206-3926  Fax Number: 310-206-6489
Business E-mail Address: volokh@law.ucla.edu

U.S. District Court–Oregon
Revised February 17, 2011

Application for Special Admission - *Pro Hac Vice*
Page 1 of 3

#44675

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California, 2/23/1998, 194464.

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
6th Cir., 12/15/2010; 7th Cir., 11/3/2006; 9th Cir., 12/12/2006; 11th Cir., 10/13/2010; U.S. Supreme Court, 9/3/2010.
(I was given no bar ID numbers by any of these bars.)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 75,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Crystal Cox

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 30th day of December, 2011

*(Signature of Pro Hac Counsel)*

Eugene Volokh
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 30th day of December, 2011

*(Signature of Local Counsel)*

Name: Souede, Benjamin N.
 *(Last Name)*  *(First Name)*  *(MI)*  *(Suffix)*
Oregon State Bar Number: 081775
Firm or Business Affiliation: Angeli Law Group LLC
Mailing Address: 121 SW Morrison Street, Suite 400
City: Portland  State: OR  Zip: 97204
Phone Number: 503-954-2232  Business E-mail Address: benjamin@angelilaw.com

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 5 day of Jan., 2012

Judge