Steven M. Wilker, OSB No. 911882
  Direct Dial: 503.802.2040
  Fax: 503.972.3740
  E-Mail: steven.wilker@tonkon.com
David S. Aman, OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  E-Mail: david.aman@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **OBSIDIAN FINANCE GROUP, LLC and KEVIN D. PADRICK,**<br><br>    Plaintiffs,<br><br>v.<br><br>**CRYSTAL COX,**<br><br>    Defendant. | Civil No. CV 11-0057 HA<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |

PAGE 1 – MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

I.  **INTRODUCTION**

Plaintiffs move for an order to compel against defendant Cox because she has once again failed to respond to properly served written discovery. The Court should issue an order requiring defendant to produce documents and answer interrogatories immediately.

II. **THE COURT SHOULD ISSUE AN ORDER COMPELLING COX TO RESPOND TO THE DISCOVERY**

On December 28, 2011, plaintiffs served their Second Set of Requests for Production and Second Set of Interrogatories by mail and email. (Aman Decl., ¶ 2, Ex. 1). Under FRCP 34, the responses to those discovery requests were due on January 30, 2012. Defendant has not responded to the requests. At the same time, however, since the date the judgment was entered in this case, defendant Cox has begun transferring domain names she once owned to other parties. (Aman Decl., ¶ 5, Ex. 3).

The Court should issue an order requiring defendant to produce the requested documents and to answer the interrogatories. The documents and information sought are relevant and discoverable as part of plaintiff's efforts to execute on the judgment, as they seek information and documents relating to assets and the transfer of assets. *See* FRCP 69(a)(2). Given defendant's recent transferring of domain names to third parties, plaintiffs are concerned that defendant may be transferring other assets as well. As a result, plaintiffs request that the Court issue a ruling requiring defendant to immediately produce the requested documents and answer the interrogatories.

DATED this 7th day of February 2012.

TONKON TORP LLP

By: */s/ David S. Aman*
    Steven M. Wilker, OSB No. 911882
    Direct Dial: 503.802.2040
    Fax: 503.972.3740
    E-Mail: steven.wilker@tonkon.com

David S. Aman, OSB No. 962106
 Direct Dial: 503.802.2053
 Fax: 503.972.3753
 E-Mail: david.aman@tonkon.com
Attorney for Plaintiffs

PAGE 3 – MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

# CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing **MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** on:

> Crystal L. Cox
> PO Box 505
> Eureka, Montana 59917
> Crystal @CrystalCox.com
> savvybroker@yahoo.com

☑   by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☑   by causing a copy thereof to be e-mailed to said party at her last-known email address on the date set forth below;

and

☑   By electronic means through the Court's Case Management/Electronic Case File system on the date set forth to the following attorneys:

> Benjamin N. Souede
> Angeli Law Group LLC
> 121 SW Morrison Street
> Suite 400
> Portland, OR 97204
> Benjamin@angelilaw.com
>
> Richard D. McLeod
> Klarquist Sparkman, LLP
> 121 SW Salmon St., Ste 1600
> Portland, OR 97204
> Richard.mcleod@klarquist.com

DATED this 7th day of February 2012.

> TONKON TORP LLP
>
> By /s/ David S. Aman
>    David S. Aman, OSB No. 962106
>     Direct Dial: 503.802.2053
>     Fax: 503.972.3753
>     E-Mail: david.aman@tonkon.com
>    Attorneys for Plaintiffs