```
 1               IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF OREGON

 3   OBSIDIAN FINANCE GROUP, LLC,   )
     and KEVIN D. PADRICK,          )
 4                                  )
               Plaintiffs,          ) No. 3:11-cv-57-HZ
 5                                  )
          vs.                       ) August 30, 2011
 6                                  )
     CRYSTAL COX,                   ) Portland, Oregon
 7                                  )
               Defendant.           )
 8   -------------------------------
```

**TELEPHONIC HEARING**

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MARCO A. HERNANDEZ

UNITED STATES DISTRICT COURT JUDGE

```
 1                          APPEARANCES

 2   FOR THE PLAINTIFFS:    David S. Aman
                            Steven M. Wilker
 3                          Tonkon Torp, LLP
                            888 S. W. Fifth Avenue
 4                          Suite 1600
                            Portland, OR  97204
 5
     FOR THE DEFENDANT:     Crystal Cox
 6                          Pro se
                            P. O. Box 505
 7                          Eureka, MT  59917

 8   COURT REPORTER:        Nancy M. Walker, CSR, RMR, CRR
                            United States District Courthouse
 9                          1000 S. W. Third Avenue, Room 301
                            Portland, OR  97204
10                          (503) 326-8186
```

```
 1                      P R O C E E D I N G S
 2          THE CLERK:  Hello.  Hi.  We're here on the case
 3  of Obsidian Finance Group, LLC, et al. versus Cox, Civil
 4  Case No. 11-57-HZ, Judge Hernandez priding.
 5          We do have a court reporter, so gentlemen for the
 6  plaintiff, if you could identify yourselves before you
 7  speak, it would be appreciated.
 8          Now, if everyone could state their appearances
 9  for the record, starting with the plaintiff.
10          MR. AMAN:  David Aman here for the plaintiff.
11          MR. WILKER:  Steven Wilker here for the
12  plaintiff.
13          THE COURT:  Ms. Cox, why don't you introduce
14  yourself.
15          MS. COX:  Crystal Cox here for myself, pro se
16  defendant.
17          THE COURT:  Thank you.
18          So I needed to get some calendaring issues taken
19  care of, and there are two of them that I want to talk to
20  all of you about.  One of them has to do with a trial
21  date, and we'll talk about that in a moment.  And the
22  other one has to do with motions regarding Ms. Cox's
23  counterclaims.
24          And I think, Mr. Aman and Mr. Wilker, we had
25  talked in one of the opinions that I had issued regarding
```

```
 1  getting your motions on those claims filed so that we can
 2  get a decision on those.
 3          Can you get those motions filed in the next 10
 4  days, Mr. Aman?
 5          MR. AMAN:  Yes, we can, Your Honor.  This is
 6  David Aman.
 7          THE COURT:  Okay.  So if we get those filed
 8  within the next 10 days, Ms. Cox, I'll give you an
 9  additional 10 days to respond to their motions.  Then
10  we'll go from there on those motions.  I think that
11  should have all of the pleadings in order for trial,
12  which is the second thing to set up, and we'll do that
13  right now.
14          The trial for this matter, I'm looking at
15  January.  Are you going to be able to -- ready to try
16  this case in January, gentlemen?
17          MR. AMAN:  Your Honor, because of scheduling
18  issues at our end, we would like to look at March, if we
19  can.
20          THE COURT:  Do you really need to go out that
21  far?
22          MR. AMAN:  Your Honor, we do, just because of
23  some scheduling issues at our end for our witnesses.
24          THE COURT:  Hang on just a second.  Can we do it
25  sooner than January?
```

1        MR. AMAN:  I'm looking at my calendar, Your
2    Honor.
3        THE COURT:  Okay.
4        MR. AMAN:  I believe we can, Your Honor.
5        THE COURT:  What does it look like for me?  How
6    about the first part of December?
7        THE CLERK:  We have a trial that week, two
8    trials.
9        THE COURT:  I want to get a date fairly certain
10   that we can get this thing out.
11       THE CLERK:  November 22nd.
12       THE COURT:  November 22nd, will that work for you
13   all?
14       MR. AMAN:  We're looking right now, Your Honor.
15       THE COURT:  Are you guys going to be a jury
16   trial?
17       MR. AMAN:  A jury trial, Your Honor, yes.
18       THE COURT:  Okay.  Can we start on Monday?  How
19   about on Monday, the 21st?
20       MR. AMAN:  Your Honor, I have a trial the
21   following week that may go into that week.
22       THE COURT:  I'm sorry.  You have one that starts
23   the following week that may go into --
24       MR. AMAN:  No, I'm sorry.  I have one that starts
25   the week before, that may run into that week.

```
 1              THE COURT:  Okay.  The 29th of November?
 2              MR. AMAN:  No, I think that's available, Your
 3   Honor.
 4              THE COURT:  Ms. Cox, is the 29th of November
 5   available for you?
 6              MS. COX:  Yes.
 7              THE COURT:  Okay.  So this will be scheduled for
 8   the 29th of November at 9:00 in the morning in my
 9   courtroom.
10              How many witnesses do you anticipate calling on
11   behalf of the plaintiff, Mr. Aman?
12              MR. AMAN:  Probably four.
13              THE COURT:  And, Ms. Cox, besides yourself, do
14   you have any additional witnesses that you anticipate
15   calling?
16              MS. COX:  I am not certain at this time.
17              THE COURT:  Okay.
18              MS. COX:  But I have several.
19              THE COURT:  Okay.  It sounds like we may be able
20   to complete this trial in just a couple of days.
21              Mr. Aman, would you agree with that?
22              MR. AMAN:  I was expecting three days, Your
23   Honor, two to three.
24              THE COURT:  All right.  Then other than that, go
25   ahead and get your motions to me.  And then I will see
```

```
 1   you, then, in November.
 2           MR. AMAN:  Thank you very much, Your Honor.
 3           MS. COX:  Can I ask a question?
 4           THE COURT:  Certainly.
 5           MS. COX:  Am I allowed to ask for discovery from
 6   the plaintiff or anything during this time or how does
 7   that work?
 8           THE COURT:  Yeah, I don't -- I think all of the
 9   discovery dates are way past.  If there is specific
10   discovery that you want from them, go ahead and make a
11   request.
12           MS. COX:  What material facts do I have to prove
13   at the trial?  I need to prove tax fraud against them,
14   right?  So I would need discovery.
15           THE COURT:  Now we're in a place where I can't
16   really advise you because I'm a judge and I'm supposed to
17   remain impartial.  You may want to consult with a lawyer;
18   that's about the best advice I can give you.  But as
19   regards what you're going to have to prove and those
20   kinds of things, I can't advise you about that.  That's
21   for a lawyer to do.
22           MS. COX:  Okay.  But I am allowed to ask them for
23   discovery of whatever I want.
24           THE COURT:  You can ask them for whatever you
25   want.
```

1           MS. COX:  Okay.  Thank you.
2           THE COURT:  You're welcome.
3           Then that's it from the Court.  Mr. Aman, do you
4    have anything else from your perspective?
5           MR. AMAN:  Your Honor, the one thing I do want to
6    note on the discovery issues, Your Honor, we initially
7    asked the Court, early on, to set a Rule 16 conference,
8    which I understood was being pushed back, to set
9    scheduling, including discovery deadlines.  And the
10   Court -- we got a note back from the Court that said
11   those issues would be deferred until after the summary
12   judgment ruling.
13          THE COURT:  Hang on just a second.  Let me look.
14          THE CLERK:  I don't show a Rule 16 and I don't
15   show a request.
16          MR. AMAN:  I sent an e-mail -- let me look at the
17   e-mails here real quick, Your Honor.
18          THE CLERK:  In any event, the answer to the
19   counterclaims was filed May 26th, and then that was
20   during the summary judgment briefing.  And an opinion and
21   order was issued July 7th.
22          MR. AMAN:  The e-mail I've got is from May 23rd
23   of 2011, where we had earlier made a request for a
24   Rule 16 conference, on April 27th.  And the report back I
25   got was that since there was a pending motion for summary

  1  judgment, I would suggest we wait for a ruling and then
  2  set a Rule 16 conference, with the expectation from our
  3  end that we would talk about -- to the extent we wanted
  4  to do additional discovery or discovery, we would talk
  5  about all those issues at the time.
  6          THE COURT:  Are you anticipating needing
  7  discovery from Ms. Cox?
  8          MR. AMAN:  Very limited, yes.
  9          THE COURT:  Do you want me to go ahead and set a
 10  deadline now for the close of your discovery?
 11          MR. AMAN:  Yes.
 12          THE COURT:  What do you want?
 13          MR. AMAN:  I think if we had 45 days, that would
 14  be sufficient.
 15          THE COURT:  Where is that going to take us to?
 16  I don't have my calendar.
 17          THE CLERK:  Middle of October.
 18          THE COURT:  Ms. Cox, does that sound okay to you?
 19          MS. COX:  I would like more time, if possible,
 20  even 60 days.  I mean, I have to get things back from the
 21  IRS, so 60 days would work for me, whatever you prefer.
 22          THE COURT:  Let's do 45 days.  I think that that
 23  kind of gives both sides enough time to get whatever
 24  documents you need from each other.  Documents from the
 25  IRS are not something that are in the possession and

1    control of Mr. Aman and Mr. Wilker.
2            MS. COX:  I understand that.
3            THE COURT:  So I'll give you 45 days to get your
4    discovery completed.  And that deadline will then be
5    October the 15th of this year.
6            Mr. Aman and Mr. Wilker, do you have anything
7    else we need?
8            MR. AMAN:  This is Mr. Aman.  We do not.  Thank
9    you.
10           MS. COX:  If David Aman does not -- if they don't
11   give me discovery by that date, then that's just
12   something I have to deal with or --
13           THE COURT:  Right.  You might want to take a
14   look -- and the rules are online.  You can take a look at
15   the rules online about what it is you need to do in order
16   to do your discovery requests and what remedies may be
17   available to you.
18           MS. COX:  So discovery requests, we can't extend
19   that date.  They could just ignore it until that date.
20           THE COURT:  Again, you're in that place where I
21   can't advise you.
22           MS. COX:  Well, I have to prove tax fraud.  If
23   they refuse to bring the documents in, then I'm just
24   done.
25           So anyway, thank you for your time.

1          THE COURT:  All right.  Thank you very much.
2     We'll see you in November.
3          MR. AMAN:  Thank you, Your Honor.
4
5
6          (Proceedings concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

--oOo--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-titled cause. A transcript without an original signature, conformed signature or digitally signed signature is not certified.

```
/s/ Nancy M. Walker                        5-10-12
_____          _____
NANCY M. WALKER, CSR, RMR, CRR           DATE
Official Court Reporter
Oregon CSR No. 90-0091
```