Re: Obsidian Finance v. Cox CASE #: 3:11-cv-00057-HZ
Michelle Rawson  to: Crystal L. Cox, in Love and Light          05/22/2012 04:23 PM

Ok, thank you for your response.

I just want to confirm the date and time for the hearing is May 29, 2012 at 1:30 p.m. by telephone.

If you change your mind and want to participate, you may call me up to 1:20 p.m. that afternoon and I'll join you into the telephone hearing. My direct phone number is underneath my name below.

 Michelle Rawson
(503) 326-8051
Courtroom Deputy for
The Honorable MARCO A. HERNANDEZ
United States District Court Judge

"Crystal L. Cox, in Love and Light"    I am Not Going to Appear at the...    05/22/2012 04:01:23 PM

From:    "Crystal L. Cox, in Love and Light" <savvybroker@yahoo.com>
To:      "Michelle_Rawson@ord.uscourts.gov" <Michelle_Rawson@ord.uscourts.gov>
Date:    05/22/2012 04:01 PM
Subject: Re: Obsidian Finance v. Cox CASE #: 3:11-cv-00057-HZ

I am Not Going to Appear at the Hearing on the grounds of the 14th amendment being violated. Judge Hernandez has accused me of a crime. I will not be appearing as to not further incriminate myself. I plead the Fifth.
I will not be Appearing.

Crystal L. Cox
Broker Owner
Investigative Blogger
Good Life International
Search Engine Reputation Manager

## in Love and Light

Disclaimer: I am not attempting to give legal advice. I will post your email at my discretion. This may be privileged informaion.

From: "Michelle_Rawson@ord.uscourts.gov" <Michelle_Rawson@ord.uscourts.gov>
To: "Crystal L. Cox, in Love and Light" <savvybroker@yahoo.com>
Sent: Tuesday, May 22, 2012 3:40 PM
Subject: Re: Obsidian Finance v. Cox CASE #: 3:11-cv-00057-HZ

Ms. Cox,

I cannot tell from your email what exactly you want to do -- I cannot act on any of the items you bring up in your email, except that I will forward the information to the judge.

I have one task right now and that's to find out if you are going to appear or not at the hearing. Please indicate yes or no.

Thank you.



Michelle Rawson
(503) 326-8051
Courtroom Deputy for
The Honorable MARCO A. HERNANDEZ
United States District Court Judge

From:    "Crystal L. Cox, in Love and Light" <savvybroker@yahoo.com>
To:      "Michelle_Rawson@ord.uscourts.gov" <Michelle_Rawson@ord.uscourts.gov>
Date:    05/22/2012 03:23 PM
Subject: Re: Obsidian Finance v. Cox CASE #: 3:11-cv-00057-HZ

As I Said in My Email, as respectfully as I can. I am not being treated lawfully,
I hope you will give the Judge the email. I do not want to appear
for fear of incrimination and discrimination and again have attached the conflict form.

Crystal L. Cox
Broker Owner
**Investigative Blogger**
Good Life International
**Search Engine Reputation Manager**

## in Love and Light
Disclaimer: I am not attempting to give legal advice. I will post your email
at my discretion. This may be privileged informaion.

From: "Michelle_Rawson@ord.uscourts.gov" <Michelle_Rawson@ord.uscourts.gov>
To: "Crystal L. Cox, in Love and Light" <savvybroker@yahoo.com>
Sent: Tuesday, May 22, 2012 2:18 PM

**Subject:** Re: Obsidian Finance v. Cox CASE #: 3:11-cv-00057-HZ

Good afternoon Ms. Cox,

I understand you are frustrated, but do you want to appear or not? You may appear via telephone. It's totally your choice.

Please just let me know.



Michelle Rawson
(503) 326-8051
Courtroom Deputy for
The Honorable MARCO A. HERNANDEZ
United States District Court Judge

| | |
|---|---|
| From: | "Crystal L. Cox, in Love and Light" <savvybroker@yahoo.com> |
| To: | "Michelle_Rawson@ord.uscourts.gov" <Michelle_Rawson@ord.uscourts.gov> |
| Cc: | David Aman <david.aman@tonkon.com>, Volokh Eugene <VOLOKH@law.ucla.edu> |
| Date: | 05/22/2012 10:30 AM |
| Subject: | Re: Obsidian Finance v. Cox CASE #: 3:11-cv-00057-HZ |

### To Whom it May Concern, Oregon Courts:

Judge Marco Hernandez accused Crystal Cox, Defendant in Obsidian V. Cox, of a Crime in a Public Document. A crime I was not on trial for, nor am I guilty of.

Judge Hernandez did this with out hearing my side of this accusation, without my "Oral Argument". Judge Marco Hernandez made life destroying decisions in private chamber, undocumented, with David Aman, Plaintiff's Attorney, without my input.

Judge Marco Hernandez has accused me of the crime of extortion in a document that the world now believes to be True. Judge Marco Hernandez has defamed me, lied about me, discredited me and incited massive hate over accusing me of this crime that I was NOT on Trial for, nor am I Guilty of. Judge Marco Hernandez obviously does not need my participation to make life destroying, unlawful

decisions on my behalf.

I plead the Fifth as he once told me to do regarding the email. I plead it now, as I will not further bear witness to myself so that Judge Marco Hernandez and David Aman can set me up for crimes. It is my 14th Amendment Right to NOT bear witness to myself, though Judge Marco Hernandez made me do this at my Oregon, Court Ordered deposition and he did so off the record, no transcript in this violation of my rights.

Judge Marco Hernandez spoke to me at my Oregon Deposition off the record, this was illegal. He ordered me to talk of me personal life and business and there is no transcript, this is unlawful.

I Object to attending a Hearing regarding Receivership. I have no assets, and this court already ruled as to the "jurisdiction" of alleged assets in the striking of Aman's last complaint.

I Object to Judge Hernandez having Jurisdiction over this matter in any way.

Obsidian V. Cox is a Fraud on the Courts, as Judge Marco Hernandez has not admitted nor denied a conflict of interest. Judge Marco Hernandez is connected to Michael Smith formerly of Perkins Coie, and Judge Marco Hernandez has a conflict of interest in Obsidian V. Cox and has not been unbiased and lawful.

I am filing a Criminal Complaint against Judge Marco Hernandez with the Attorney General and the Department of Justice. Judge Hernandez has violated my rights to due process, violated my constitutional rights and has denied me equality and fair treatment in Obsidian V. Cox.

I am filing a Complaint against Judge Marco Hernandez with the Oregon and Washington Bar. And a Federal Judicial Complaint, though I know that Judge Hernandez is favored by Chief Justice Ann Aiken.

Judge Marco Hernandez has violated my rights to due process, violated my constitutional rights, and has violated the law by refusing to sign a Conflict of Interest disclosure admitting or denying a Conflict, this is the Law. I am denied the use of Law in Obsidian V. Cox as Judge Marco Hernandez protects Oregon Financial Companies and Oregon Attorneys as they lie and make millions monthly over these lies.

I Object to having no rights in this court, and therefore there is no reason to attend a hearing in which my rights are clearly violated and my evidence is not looked at, nor taken with serious merit.

On Nov. 18th, the last phone hearing I had, Judge Hernandez claimed to call for an FBI Investigation, it never happened. And my rights were violated, my life put in danger and my quality of life the collateral damage of lies by David Aman, Plaintiff's Attorney accepted as truth by Judge Marco Hernandez.

Judge Marco Hernandez has without accountability ruined my life in a public accusation of extortion of which I am NOT guilty of. Big Media, such as the New York Times has taken this information and further ruined my life and career and endangered my life. Judge Marco Hernandez has no accountability and is above the law.

Judge Hernandez singled me out as the only blogger in the world that is not media, and has no constitutional rights, even though I was exposing corrupt attorneys in his district. And exposing Bankruptcy Court corruption in his State. **I was and am telling the Truth,** and I am continued to be harassed and persecuted by David Aman, Tonkon Torp Attorney and Judge Marco Hernandez.

Again, I am not heard, I have no rights. I plead the Fifth. Judge Marco Hernandez has accused me of Extortion in a public document. I will not further incriminate myself. My 14th amendment rights have been violated over and over.

I, in no way can make it to Portland unless a Police Car is sent for me. And my phone will be shut off at anytime, I have no idea when, I cannot pay the Bill. I have been evicted from my home and lost everything do to standing up against Corrupt Attorneys in Portland Oregon.

I do not trust Judge Marco Hernandez to be Fair and Impartial. I have AGAIN attached a Conflict of Interest Disclosure. I Again Demand that Judge Marco Hernandez sign this disclosure, it is the law. Failure to do so will result in Criminal Charges against Judge Marco Hernandez.

Falsely Accused me of a crime in which I was not on trial for is illegally, he did this in a Public Document, and has violated my rights. This information is now global and I am attacked and discriminated against due to it. Judge Marco

Hernandez committed a Fraud on the Courts by accusing me of a crime without my fair chance to submit evidence in my defense, nor the whole world believes I am guilt of extortion.

Judge Marco Hernandez has proven to be discriminating, biased, prejudice and has not allowed me due process by law. I object to further rights violation.

I do not expect this phone hearing to be any different and therefore I object to attending. I am not allowed evidence, I am judged against as an extortionist without due process by law and will not further bear witness to myself in this Fraud on the Courts.

**I am not Guilty of Extortion,** nor am I Guilty of Defamation. Judge Marco Hernandez knows of the details of the Summit Bankruptcy and still persecutes me, one woman, getting the story of hundreds of victims found.

I am guaranteed by law a fair and impartial judge. I demand that Judge Marco Hernandez sign a Conflict of Interest Disclosure and provide me with information that assures he has no conflict of interest in making decisions on my behalf.

Crystal L. Cox
Victim of Judge Marco Hernandez
Pro Se Defendant Obsidian V. Cox

Crystal L. Cox
Victim of Judge Marco Hernandez
Pro Se Defendant Obsidian V. Cox

Crystal L. Cox
Broker Owner
**Investigative Blogger**
Good Life International
Search Engine Reputation Manager

**in Love and Light**
Disclaimer: I am not attempting to give legal advice. I will post your email at my discretion. This may be privileged informaion.

From: "Michelle_Rawson@ord.uscourts.gov" <Michelle_Rawson@ord.uscourts.gov>

**To:** benjamin@angelilaw.com; david.aman@tonkon.com; volokh@law.ucla.edu; mattz@eff.org; rick.mcleod@klarquist.com; robyn.aoyagi@tonkon.com; steven.wilker@tonkon.com; savvybroker@yahoo.com
**Sent:** Monday, May 21, 2012 3:57 PM
**Subject:** Obsidian Finance v. Cox CASE #: 3:11-cv-00057-HZ

Good afternoon

The judge would like to hear argument on the Motion to Appoint Receiver *and Requiring Turnover of Assets* on Tuesday May 29 at 1:30 p.m. by telephone -- unless Ms. Cox is in Portland (if Ms. Cox is in Portland, the hearing will be in person -- please advise me of your preference, Ms. Cox).

Everyone, please let me know if you'll be participating in this matter and at which number I may reach you.

Thank you,



Michelle Rawson
(503) 326-8051
Courtroom Deputy for
The Honorable MARCO A. HERNANDEZ
United States District Court Judge

[attachment "ConflictofInterestDisclosureFORM.pdf" deleted by Michelle Rawson/ORD/09/USCOURTS]

[attachment "ConflictofInterestDisclosureFORM.pdf" deleted by Michelle Rawson/ORD/09/USCOURTS]