CIRCUIT COURT OF OREGON

COUNTY OF MULTNOMAH

| | |
|---|---|
| IN THE MATTER OF A FOREIGN JUDGMENT RENDERED IN THE CASE OF<br><br>OBSIDIAN FINANCE GROUP, LLC and KEVIN D. PADRICK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CRYSTAL COX,<br><br>　　　　Defendant. | Case No. 1212-15329<br><br>United States District Court for the District of Oregon, Civil No. CV11-0057HZ<br><br>**INSTRUCTIONS TO SHERIFF** |

INSTRUCTIONS TO SHERIFF OF MULTNOMAH COUNTY:

　　　　I am an attorney for Obsidian Finance Group, LLC and Kevin D. Padrick, the plaintiffs in the above-referenced action. Set forth below are instructions, provided pursuant to ORS § 18.875, for conducting the sale of intangible personal property in connection with a judgment obtained against Crystal Cox, the defendant in this action. You are hereby instructed to carry out the terms of the writ of execution that has been forwarded to you by the Multnomah County Circuit Court.

　　　　The names and addresses of the judgment creditors in this case are Obsidian Finance Group, LLC located at 5 Centerpointe Drive, Suite 590, Lake Oswego, Oregon, 97035 and Kevin Padrick located at PO Box 3510, Sunriver, Oregon, 97707. The name and address of the judgment creditor's attorney is David S. Aman located at 888 SW Fifth Avenue Suite 1600, Portland, OR 97204.

　　　　The name and address of the judgment debtor is Crystal Cox located at PO Box 2027, Port Townsend, Washington, 96368. To my knowledge, the judgment debtor is not represented by an attorney in this matter. The sheriff must give the judgment debtor notice by mailing or delivering a copy of the writ of execution to her pursuant to ORS § 18.888.

　　　　The personal property to be levied is intangible personal property, specifically all of judgment debtor's rights and interests in connection with the case originally filed in the United States District Court for the District of Oregon, styled as *Obsidian Finance Group v.*

PAGE 1 - INSTRUCTIONS TO SHERIFF

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Exhibit 2
Page 1 of 8

1  *Cox,* Case No. 3:11-cv-57-HZ, and now pending in the United States Court of Appeals for the Ninth Circuit, Case Nos. 12-35238 and 12-35319, including her right to pursue an appeal in the matter. Pursuant to ORS § 18.884, the sheriff must file with the court administrator a notice of levy identifying the intangible personal property to be sold pursuant to this writ of execution.

The property described in the writ of execution is not residential property. No portion of the property to be levied on is a condominium unit, manufactured dwelling, or floating home held as inventory for sale or lease in the regular course of business.

A true copy of the judgment and money award are attached to these instructions.

Your assistance in connection with this matter is appreciated. Please contact me at 503.802.2053 if you have any questions or if I can be of any assistance.

DATED this 19th day of December, 2012.

TONKON TORP LLP

By /s/
David S. Aman OSB No. 962106
Direct Telephone: 503.802.2053
Direct Facsimile: 503.972.2753
E-mail: david.aman@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
Attorneys for Plaintiffs

PAGE 2 - INSTRUCTIONS TO SHERIFF

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Exhibit 2
Page 2 of 8

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **INSTRUCTIONS TO SHERIFF** on:

> Crystal L. Cox
> PO Box 2027
> Port Townsend, WA  96868

☐ by faxing a copy thereof to each attorney at their last-known facsimile number on the date set forth below;

☑ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to Crystal L. Cox's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below.

Dated this 19th day of December, 2012.

TONKON TORP LLP

By /s/ David S. Aman
David S. Aman OSB No. 962106
Direct Telephone:  503.802.2053
Direct Facsimile:  503.972.2753
E-mail:  david.aman@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204
Attorneys for Plaintiffs

033992/00010/4174610v1

PAGE 1 -  CERTIFICATE OF SERVICE

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Exhibit 2
Page 3 of 8

CIRCUIT COURT OF OREGON

COUNTY OF MULTNOMAH

| | |
|---|---|
| IN THE MATTER OF A FOREIGN JUDGMENT RENDERED IN THE CASE OF<br><br>OBSIDIAN FINANCE GROUP, LLC and KEVIN D. PADRICK,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL COX,<br><br>Defendant. | Case No. 1212-15329<br><br>United States District Court for the District of Oregon, Civil No. CV11-0057HZ<br><br>**WRIT OF EXECUTION** |

TO: SHERIFF OF MULTNOMAH COUNTY:

On or about December 4, 2012, a foreign judgment was entered in the register for this case in the above-entitled court, in favor of Plaintiffs Obsidian Finance Group, LLC and Kevin D. Padrick and against Defendant Crystal Cox, providing a money award in the principal amount of $2,500,000. The foreign judgment is based on a money judgment entered in the United States District Court for the District of Oregon on December 8, 2011.

Now in the name of the State of Oregon, you are hereby commanded to sell intangible personal property belonging to the judgment debtor. The proceeds from such sale shall be used to satisfy the (1) judgment's principal amount of $2,500,000, (2) accrued post-judgment interest in the amount of $9,246.58, (3) post-judgment interest accruing on the judgment per diem $616.44, and (4) the costs of and upon this writ. Please perform the requested actions within 60 days after you have received this writ.

///

PAGE 1 - WRIT OF EXECUTION

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Exhibit 2
Page 4 of 8

1  The mailing address for the judgment debtor Crystal Cox, PO Box 2027, Port
2  Townsend, Washington, 96368.
3  DATED this _____ day of _____, 201____.
4  COURT ADMINISTRATOR
5
6  By:_____
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PAGE 2 -  WRIT OF EXECUTION

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Exhibit 2
Page 5 of 8

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **WRIT OF EXECUTION** on:

    Crystal L. Cox
    PO Box 2027
    Port Townsend, WA 96868

☐ by faxing a copy thereof to each attorney at their last-known facsimile number on the date set forth below;

☑ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to Crystal L. Cox's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below.

Dated this 19th day of December, 2012.

TONKON TORP LLP

By /s/ David S. Aman
    David S. Aman OSB No. 962106
    Direct Telephone: 503.802.2053
    Direct Facsimile: 503.972.2753
    E-mail: david.aman@tonkon.com
    1600 Pioneer Tower
    888 SW Fifth Avenue
    Portland, OR 97204
    Attorneys for Plaintiffs

033992/00010/4174618v1

PAGE 1 - CERTIFICATE OF SERVICE

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Exhibit 2
Page 6 of 8

CIRCUIT COURT OF OREGON

COUNTY OF MULTNOMAH

| | |
|---|---|
| IN THE MATTER OF A FOREIGN JUDGMENT RENDERED IN THE CASE OF<br><br>OBSIDIAN FINANCE GROUP, LLC and KEVIN D. PADRICK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CRYSTAL COX,<br><br>　　　　Defendant. | Case No. 1212-15329<br><br>United States District Court for the District of Oregon, Civil No. CV11-0057HZ<br><br>**PRAECIPE FOR EXECUTION** |

TO:　THE COURT ADMINISTRATOR OF THE ABOVE-ENTITLED COURT:

You are hereby requested and instructed to issue an execution to the Sheriff of Multnomah County, Oregon, in the above-entitled case on the General Judgment entered on December 4, 2012, in favor of plaintiffs.

It is hereby certified that the provisions of the writ of execution conform to the terms of the aforementioned General Judgment in this matter.

DATED this 19th day of December, 2012.

　　　　　　　　　　　　TONKON TORP LLP

　　　　　　　　　　　　By _____
　　　　　　　　　　　　David S. Aman OSB No. 962106
　　　　　　　　　　　　　Direct Telephone: 503.802.2053
　　　　　　　　　　　　　Direct Facsimile: 503.972.2753
　　　　　　　　　　　　　E-mail: david.aman@tonkon.com
　　　　　　　　　　　　1600 Pioneer Tower
　　　　　　　　　　　　888 SW Fifth Avenue
　　　　　　　　　　　　Portland, OR 97204
　　　　　　　　　　　　Attorneys for Plaintiffs

PAGE 1 - PRAECIPE FOR EXECUTION

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Exhibit 2
Page 7 of 8

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PRAECIPE FOR EXECUTION** on:

       Crystal L. Cox
       PO Box 2027
       Port Townsend, WA  96868

☐ by faxing a copy thereof to each attorney at their last-known facsimile number on the date set forth below;

☑ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to Crystal L. Cox's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below.

Dated this 19th day of December, 2012.

TONKON TORP LLP

By _____
David S. Aman OSB No. 962106
Direct Telephone:  503.802.2053
Direct Facsimile:  503.972.2753
E-mail:  david.aman@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204
Attorneys for Plaintiffs

033992/00010/4170373v1

PAGE 1 -  CERTIFICATE OF SERVICE

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Exhibit 2
Page 8 of 8