FILED 08 APR '13 10:54 USDC-ORP

**Crystal L. Cox**
Investigative Blogger
Pro Se Counter Plaintiff
**Oregon Civil No. CV 11-0057 HZ**

UNITED STATES DISTRICT COURT
**DISTRICT OF OREGON**
Portland Division

CRYSTAL L. COX Counter Plaintiff

Motion to File Electronically

vs.

Counter Defendants

**Motion / Proposed Order to Allow Plaintiff Crystal L. Cox to submit documents, court filings, responses electronically.**

I, Crystal L. Cox in my Pro Se Capacity request this court's permission to submit filings electronically in this case.

Counter Plaintiff Crystal L. Cox will be filing massive amounts of documents, evidence, exhibits and it would be cost effective for this court to allow Pro Se Plaintiff Crystal L. Cox to submit all legal filings electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email.

## CERTIFICATE OF SERVICE

**On** April 5th, 2013
I hereby certify that I served the foregoing on:

Portland U.S. Courts
1000 SW Third Ave
Portland, OR 97204

*[signature]*

Pro Se Counter Plaintiff
Crystal L. Cox
PO Box 2027
Port Townsend, WA 98368
Crystal@CrystalCox.com