Crystal L. Cox
Investigative Blogger
Pro Se Counter Plaintiff
**Oregon Civil No. CV 11-0057 HZ**

FILED08APR'13 10:54USDC-ORP

UNITED STATES DISTRICT COURT
**DISTRICT OF OREGON**
Portland Division

CRYSTAL L. COX Counter Plaintiff

**Civil No. CV 11-0057 HZ**
**Motion to Proceed in Forma Pauperis**

OBSIDIAN FINANCE GROUP, LLC and
KEVIN D. PADRICK Counter Defendant(s),
all named Defendants.

I, Counter Plaintiff Crystal L. Cox, request this court grant this motion to proceed In Forma Pauperis status.

## Petition / Motion to Proceed In Forma Pauperis

I, Counter Plaintiff Crystal L. Cox, Swear that I am a "Pauper". I have a 2.5 Million Dollar Judgement Against me, and bring in barely enough money / income to cover my living Expenses. I require this court to provide "Service" to all Named Counter Defendants on my Behalf.

I, Counter Plaintiff Crystal L. Cox request the U. S. Marshal serve summons and complaint on all named Defendants of this Case.

## CERTIFICATE OF SERVICE

**On** April 5th, 2013
I hereby certify that I served the foregoing on:

Portland U.S. Courts
1000 SW Third Ave
Portland, OR 97204

*[signature]*
Pro Se Counter Counter Plaintiff
Crystal L. Cox
PO Box 2027
Port Townsend, WA 98368
Crystal@CrystalCox.com