Crystal L. Cox
Investigative Blogger
Pro Se Counter Plaintiff
Oregon Civil No. CV 11-0057 HZ

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
Portland Division

CRYSTAL L. COX Counter Plaintiff

**Notice to Court**

OBSIDIAN FINANCE GROUP, LLC and
KEVIN D. PADRICK Counter Defendant(s),
all named Counter Defendants.

Judge Marco Hernandez is a named Defendant in District of Nevada RICO / Racketeering, Defamation, Harassment, Anti-Trust Complaint, 2:13-cv-00297-MMD-VCF.

**CERTIFICATE OF SERVICE**

**On** April 5th, 2013
I hereby certify that I served the foregoing on:

Portland U.S. Courts
1000 SW Third Ave
Portland, OR 97204

*[signature]*
Pro Se Counter Plaintiff
Crystal L. Cox
PO Box 2027
Port Townsend, WA 98368
Crystal@CrystalCox.com