**BENJAMIN N. SOUEDE**, OSB. No. 081775
benjamin@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**EUGENE VOLOKH** (*admitted pro hac vice*)
volokh@law.ucla.edu
Mayer Brown, LLP
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926

Attorneys for Crystal Cox

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Obsidian Finance Group, LLC, et al, | CASE NO. 3:11-cv-00057 |
| Plaintiffs, | **MOTION TO WITHDRAW** |
| v. | |
| Crystal Cox, | |
| Defendant. | |

PAGE 1  –   MOTION TO WITHDRAW

Pursuant to Local Rule 83-11, Attorney Benjamin Souede and Attorney Eugene Volokh (admitted *pro hac vice*) each hereby requests permission of the Court to withdraw as counsel for defendant Crystal Cox.

Defendant Cox has been advised of the instant motion and a copy of the instant motion is being served on her contemporaneously with its filing.

As stated in the Notice of Appearance filed in this matter (Docket Entry #100), the appearance of Attorney Souede was always been contemplated to be limited to "to the issues related to post-trial motions to set aside the verdict in this case, and/or motions requesting a new trial therein."  Those issues have now been fully resolved.

Attorney Volokh was admitted pro hac vice on the submitted Application for Special Admission Pro Hac Vice (Docket Entry 107), which included a Certification of Associated Local Counsel submitted by Attorney Souede. Pursuant to Local Rule 81-11, Attorney Souede does not object to the withdrawal of Attorney Volokh.

DATED:  April 24, 2014.

Respectfully submitted,

s/ Benjamin Souede
BENJAMIN SOUEDE, OSB No. 081775
(503) 954-2232
Attorney for Defendant Crystal Cox

EUGENE VOLOKH (*admitted pro hac vice*)
(310) 206-3926
Attorney for Defendant Crystal Cox

PAGE 2 –    MOTION TO WITHDRAW