

# TONKON TORP LLP
### ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

David S. Aman
Admitted to practice in Oregon

503.802.2053
Fax: 503.972.3753
david.aman@tonkon.com

December 22, 2010

**VIA E-MAIL**

Ms. Crystal Cox
crystal@crystalcox.com

      Re:    <u>False and Defamatory Statements Concerning Kevin Padrick and Obsidian Finance Group, LLC</u>

Dear Ms. Cox:

      As you know, I represent Kevin Padrick ("Padrick"), the trustee of the Summit Accommodators Liquidating Trust and the Chapter 11 trustee of the bankruptcy estate of Summit Accommodators, Inc. I also represent Obsidian Finance Group, LLC ("Obsidian"). Mr. Padrick is a Senior Principal of Obsidian.

      You have made and continue to make numerous false and defamatory statements regarding Mr. Padrick and Obsidian on several websites you maintain, including www.obsidianfinancesucks.com. The false and defamatory statements include at least the following:

- Padrick has committed fraud against the government.

- Padrick "stole [money] from the US Government."

- Padrick has engaged in "illegal" and "fraudulent" activity.

- Padrick is "corrupt" and has engaged in "Corruption, Fraud, Tax Crimes, Solar Tax Credit Crimes."

- Padrick is a liar.

- Padrick pays off the media and politicians.

- "Did Oregon Attorney Kevin Padrick hire a hitman to kill me?"

- Padrick has committed tax fraud.

Ms. Crystal Cox
December 22, 2010
Page 2

- Padrick is "guilty of Fraud, Deceit on the Government, Illegal Activity, Money Laundering, Defamation, Harassment"

- "Kevin Padrick of Obsidian Finance LLC is a Criminal, he has broken many laws in the last 2 years to do with the Summit 1031 case and regardless of the guilt of the Summit 1031 principals, Kevin Padrick is a THUG and a Thief hiding behind the Skirt tails of a corrupt un-monitored bankruptcy court system and protected by Corrupt Bend DA and Corrupt Bend Oregon Judges. And I will Expose every detail of every law he broke, every secret hand shake and back alley deal.. every solar credit fraud.. every sale to a friend or cronie of real estate consumer money and every indiscretion[.]"

All of the statements listed above are baseless. Padrick and Obsidian demand that you remove them from your websites <u>immediately</u> and that you stop making any further false and defamatory statements about them.

Regards,

David S. Aman

cc: Client

097204/00001/2630445v1

TONKON TORP LLP
ATTORNEYS