**Crystal L. Cox, Defendant**
Pro Se
PO Box 2027
Port Townsend, WA 98368
406-624-9510

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
Portland Division

Obsidian Finance Group,
Kevin Padrick
               Plaintiff

v.

Crystal L. Cox,
               Defendant

                                                       3:11-cv-00057-HZ

                                                       Defendant Crystal Cox
                                                           **Notice of Appeal**

Notice is hereby given that Crystal Cox, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying the following;

<u>**Document / Order Number 246 (No Document Attached)**</u>

Docket Text: ; ORDER: Defendant's First Motion for Order Granting Malice as a Matter of Law [240] is **DENIED**.

1

Defendant's Motion for Reconsideration of #[114] [244] (ECF No. [114] is the Court's January 23, 2012 Order granting in part Plaintiff's supplemental motion for fees and costs) is DENIED.

Defendant's Motion for Ruling as a Matter of Law on Discovery Issues and Shield Law [245] is DENIED IN PART AND GRANTED IN PART as follows: (1) to the extent Defendant seeks reconsideration of this Court's prior rulings regarding the application of Oregon's "Shield Law," the motion is DENIED for the reasons explained in the July 25, 2014 Opinion and Order denying Defendant's summary judgment motion on this issue; (2) to the extent the motion is a motion for protective order in response to any discovery requests by Plaintiff, the motion is GRANTED as discovery in the case closed on October 25, 2011 [ECF No. 34] and has not been reopened; and (3) to the extent Defendant seeks a determination as to whether her failure to provide requested discovery to Plaintiff in November 2011 demonstrates malice and negligence, the motion is DENIED. Ordered by Judge Marco A. Hernandez

Cox is Notifying the Ninth Circuit that she is appealing the Above Rulings.

DATED: September , 2014

Respectfully submitted,

/s/  Crystal L. Cox

### Certificate of Service

On September 2, 2014 I hereby certify that I served the foregoing on:

Portland U.S. Courts
1000 SW Third Ave
Portland, OR 97204

via Electronic Service

/s/ Crystal L. Cox, Pro Se

2

Pro Se Defendant
Reverend Crystal L. Cox
PO Box 2027
Port Townsend, WA 98368
SavvyBroker@yahoo.com

3