Steven M. Wilker, OSB No. 911882
  Direct Dial: 503.802.2040
  Fax: 503.972.3740
  E-Mail: steven.wilker@tonkon.com
David S. Aman, OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  E-Mail: david.aman@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **OBSIDIAN FINANCE GROUP, LLC and KEVIN D. PADRICK,** | Civil No. 3:11-cv-00057-HZ |
| Plaintiffs, | **STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **CRYSTAL COX,** | |
| Defendant. | |

Pursuant to FRCP 41(a)(1)(A)(ii), plaintiffs and defendant hereby dismiss the above-entitled action without prejudice and without costs or attorney fees to any party.

DATED this  4th  day of September, 2014.

TONKON TORP LLP

By /s/ David S. Aman
  **David S. Aman,** OSB No. 962106
  Attorney for Plaintiffs

Crystal Cox    Sept. 4th 2014
Crystal Cox, Defendant

033992/00010/5860203v1

PAGE 1 - STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE

9-4-2014