UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**OBSIDIAN FINANCE GROUP, LLC,**
et al.,
          **Plaintiff,**

v.

**CRYSTAL COX,**
          **Defendant.**

Case No. 3:11-cv-00057-HZ

**ORDER TO WITHDRAW FUNDS AND DISBURSE**
(Treasury Registry Funds)

Funds in the amount of $100.00 were previously deposited with the Court pursuant to the Court's Order [152] dated January 15, 2013. These funds were deposited into the Court's treasury registry fund.

In accordance with the Order of Dismissal [258], entered September 5, 2014, the funds previously deposited with the Clerk of Court shall be withdrawn and disbursed as follows:

1. **Payments:**

Pay $100 to Benjamin Souede, as follows:

Benjamin Souede
Angeli Law Group
121 SW Morrison St., Suite 400
Portland, OR 97204

Pg. 1 - ORDER TO WITHDRAW FUNDS (Registry)

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this 4 day of September, 2014.

*[signature]*
MARCO A. HERNANDEZ
United States District Court Judge

---
**For Court Use Only**
---

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

*[signature: Renee M. Martine]*
By: Financial Administrator

Pg. 2 - ORDER TO WITHDRAW FUNDS (Registry)